**Fill in this information to identify your case and this filing:**

Debtor 1    **Bryan**          **L.O.**          **Ardoin**
            First Name         Middle Name       Last Name

Debtor 2    **Sherry**         **Denise**        **Scott**
(Spouse, if filing) First Name  Middle Name      Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **19-36682**
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................➔

   | $0.00 |

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Kia** | ☐ Debtor 1 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Model: | **Optima** | ☐ Debtor 2 only | | |
| Year: | **2015** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **48,585** | ☐ At least one of the debtors and another | $12,500.00 | $12,500.00 |
| Other information: | | | | |
| **2015 Kia Optima (approx. 48,585 miles)** | | ☑ Check if this is community property (see instructions) | | |

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Toyota** | ☐ Debtor 1 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Model: | **4 Runner** | ☐ Debtor 2 only | | |
| Year: | **2010** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **125,658** | ☐ At least one of the debtors and another | $15,200.00 | $15,200.00 |
| Other information: | | | | |
| **2010 Toyota 4 Runner (approx. 125,658 miles)** | | ☑ Check if this is community property (see instructions) | | |

Debtor 1  **Bryan L.O. Ardoin**

Debtor 2  **Sherry Denise Scott**

Case number (if known)  **19-36682**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any
   entries for pages you have attached for Part 2. Write that number here..........................................➔  **$27,700.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..... | **Kitchen utensils and dishware $200, kitchen table and chairs $55, sofa $250, loveseat $140, lamps $40, 3 beds $600, dresser $55, towels and linens $145** | **$1,485.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..... | **Tv $175, laptop $200, printer $40, 3 cell phones $600, iPad $100** | **$1,115.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe..... | **Books, pictures, decorations** | **$70.00**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe..... | **Misc sports equipment** | **$45.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe..... | **1 Sig Sauer 45 pistol $450, 1 Ruger 9mm pistol $280** | **$730.00**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☑ No
    ☐ Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe.....

**Schedule A/B: Property**

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**                              Case number (if known)   **19-36682**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific
information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**....................................................................... → | **$3,445.00** |

---

| **Part 4:** | **Describe Your Financial Assets** |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.................................................................................................................... Cash: ..........................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................                    Institution name:

| | | | |
| --- | --- | --- | --- |
| 17.1. | Checking account: | Checking account, Bank of America xxx-0031 | $2.00 |
| 17.2. | Checking account: | Checking account, BBVA Compass Bank | $1,173.00 |
| 17.3. | Checking account: | Checking account, Shell FCU | $5.00 |
| 17.4. | Savings account: | Savings account, BBVA Compass Bank | $23.00 |
| 17.5. | Other financial account: | Online Bank Account, American Express Serve | $122.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific
information about
them..........................

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| dba Glitter & Shimmer Event services (no assets) | 100% | $1.00 |

---

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**                                    Case number (if known) __19-36682__

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No
   ☐ Yes.  Give specific
      information about
      them......................... Issuer name:

21. **Retirement or pension accounts**
   *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
      profit-sharing plans

   ☑ No
   ☐ Yes.  List each
      account separately.    Type of account:        Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
   companies, or others

   ☑ No
   ☐ Yes............................             Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
   ☑ No
   ☐ Yes............................ Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☑ No
   ☐ Yes............................ Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
   powers exercisable for your benefit**
   ☑ No
   ☐ Yes.  Give specific
      information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
   *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

   ☐ No
   ☑ Yes.  Give specific      | **Debtors spouse own the domain name:**                  | **$75.00**
      information about them   | **www.glitterandshimmereventservices.com**              |

27. **Licenses, franchises, and other general intangibles**
   *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☑ No
   ☐ Yes.  Give specific
      information about them

**Money or property owed to you?**                                    **Current value of the
                                                                     portion you own?**
                                                                     Do not deduct secured
                                                                     claims or exemptions.

28. **Tax refunds owed to you**
   ☑ No
   ☐ Yes.  Give specific information                          Federal:_____
      about them, including whether
      you already filed the returns                          State:_____
      and the tax years.....................
                                                             Local:_____

| Debtor 1 | **Bryan L.O. Ardoin** | | |
|---|---|---|---|
| Debtor 2 | **Sherry Denise Scott** | Case number (if known) | **19-36682** |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information

| | Alimony: | _____ |
|---|---|---|
| | Maintenance: | _____ |
| | Support: | _____ |
| | Divorce settlement: | _____ |
| | Property settlement: | _____ |

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information _____ _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance
company of each policy
and list its value................    Company name:                    Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No

☐ Yes. Give specific information _____ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim........  **Lawsuit against the City of Port Lavaca, Texas and Individually,**    **$38,624.00**
**Juan Obregon and John Does 1-2 stemming from the wrongful**
**Public Intoxication arrest of Bryan Ardoin on August 27, 2018.**
**Claim for personal injury and damages as a result of the malice,**
**gross incompetence and deliberate indifference of defendants.**
**The value of this claim has not been determined.  However, for**
**disclosure purposes only, the debtor has valued this claim at**
**$38,624.00, as this is the maximum allowable exemption**
**available for this claim.   The valuation placed on this claim in**
**these schedules does not limit the actual value of the claim in any**
**way.  The debtor understands that if the actual recovery for this**
**claim exceeds $38,624.00, then Debtor must immediately notify**
**the Chapter 7 Trustee and the Debtor's attorney immediately.**
**Additionally, Debtor understands that any amount received for**
**this claim which exceeds $38,624.00 shall be made payable to**
**the Chapter 7 Trustee for distribution to unsecured creditors.**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim........ _____ _____

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**                                      Case number (if known)   **19-36682**

35. **Any financial assets you did not already list**

☐ No
☑ Yes.  Give specific information

| Debtor Sherry Scott interest in oil royalty Chesapeake Energy, Wildhorse Resources Management Co LLC | $2,000.00 |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here**.................................................................... ➔  | **$42,025.00** |

Part 5:  **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..  _____   _____

39. **Office equipment, furnishings, and supplies**
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..  _____   _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..  _____   _____

41. **Inventory**

☑ No
☐ Yes.  Describe..  _____   _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe....  _____   _____

Debtor 1 **Bryan L.O. Ardoin**

Debtor 2 **Sherry Denise Scott**

Case number (if known) **19-36682**

---

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................➔   | $0.00

---

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes....

**48. Crops--either growing or harvested**

☑ No

☐ Yes. Give specific information...............

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information...............

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................................➔   | $0.00

---

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                    Case number (if known)   **19-36682**

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership

     ☑ No
     ☐ Yes.  Give specific information.

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here**..............................➔     **$0.00**

## Part 8:   List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2**...............................................................................................➔     **$0.00**

56.  **Part 2: Total vehicles, line 5**                                            **$27,700.00**

57.  **Part 3: Total personal and household items, line 15**                      **$3,445.00**

58.  **Part 4: Total financial assets, line 36**                                  **$42,025.00**

59.  **Part 5: Total business-related property, line 45**                         **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**               **$0.00**

61.  **Part 7: Total other property not listed, line 54**                    +    **$0.00**

62.  **Total personal property.**   Add lines 56 through 61..................   **$73,170.00**   Copy personal    ➔  +   **$73,170.00**
                                                                                                property total

63.  **Total of all property on Schedule A/B.**   Add line 55 + line 62............................................................   **$73,170.00**

Official Form 106A/B                         **Schedule A/B: Property**                                    page 8

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bryan** | **L.O.** | **Ardoin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Denise** | **Scott** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **19-36682**
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2015 Kia Optima (approx. 48,585 miles)**<br>Line from *Schedule A/B:*   **3.1** | **$12,500.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:<br>**2010 Toyota 4 Runner (approx. 125,658 miles)**<br>Line from *Schedule A/B:*   **3.2** | **$15,200.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Bryan L.O. Ardoin**

Debtor 2    **Sherry Denise Scott**

Case number (if known)    **19-36682**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>**Kitchen utensils and dishware $200, kitchen table and chairs $55, sofa $250, loveseat $140, lamps $40, 3 beds $600, dresser $55, towels and linens $145**<br>Line from *Schedule A/B*: **6** | $1,485.00 | ☑ $1,485.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Tv $175, laptop $200, printer $40, 3 cell phones $600, iPad $100**<br>Line from *Schedule A/B*: **7** | $1,115.00 | ☑ $1,115.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Books, pictures, decorations**<br>Line from *Schedule A/B*: **8** | $70.00 | ☑ $70.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Misc sports equipment**<br>Line from *Schedule A/B*: **9** | $45.00 | ☑ $45.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**1 Sig Sauer 45 pistol $450, 1 Ruger 9mm pistol $280**<br>Line from *Schedule A/B*: **10** | $730.00 | ☑ $730.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Online Bank Account, American Express Serve**<br>Line from *Schedule A/B*: **17.5** | $122.00 | ☑ $122.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Checking account, Bank of America xxx-0031**<br>Line from *Schedule A/B*: **17.1** | $2.00 | ☑ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Checking account, BBVA Compass Bank**<br>Line from *Schedule A/B*: **17.2** | $1,173.00 | ☑ $1,173.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Savings account, BBVA Compass Bank**<br>Line from *Schedule A/B*: **17.4** | $23.00 | ☑ $23.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                    Case number (if known)   **19-36682**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Checking account, Shell FCU** Line from *Schedule A/B*: __17.3__ | **$5.00** | ☑ **$5.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **dba Glitter & Shimmer Event services (no assets)** Line from *Schedule A/B*: __19__ | **$1.00** | ☑ **$1.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Debtors spouse own the domain name: www.glitterandshimmereventservices.com** Line from *Schedule A/B*: __26__ | **$75.00** | ☑ **$75.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Lawsuit against the City of Port Lavaca, Texas and Individually, Juan Obregon and John Does 1-2 stemming from the wrongful Public Intoxication arrest of Bryan Ardoin on August 27, 2018.  Claim for personal injury and damages as a result of the malice, gross incompetance and deliberate indifference of defendants. The value of this claim has not been determined.  However, for disclosure purposes only, the debtor has valued this claim at $38,624.00, as this is the maximum allowable exemption available for this claim.   The valuation placed on this claim in these schedules does not limit the actual value of the claim in any way.  The debtor understands that if the actual recovery for this claim exceeds $38,624.00, then Debtor must immediately notify the Chapter 7 Trustee and the Debtor's attorney immediately. Additionally, Debtor understands that any amount received for this claim which exceeds $38,624.00 shall be made payable to the Chapter 7 Trustee for distribution to unsecured creditors. (1st exemption claimed for this asset)** Line from *Schedule A/B*: __33__ | **$38,624.00** | ☑ **$15,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |

Debtor 1    **Bryan L.O. Ardoin**

Debtor 2    **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 2:** | **Additional Page** |
| --- | --- |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | **Specific laws that allow exemption** |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Lawsuit against the City of Port Lavaca, Texas and Individually, Juan Obregon and John Does 1-2 stemming from the wrongful Public Intoxication arrest of Bryan Ardoin on August 27, 2018.  Claim for personal injury and damages as a result of the malice, gross incompetance and deliberate indifference of defendants. The value of this claim has not been determined.  However, for disclosure purposes only, the debtor has valued this claim at $38,624.00, as this is the maximum allowable exemption available for this claim.  The valuation placed on this claim in these schedules does not limit the actual value of the claim in any way.  The debtor understands that if the actual recovery for this claim exceeds $38,624.00, then Debtor must immediately notify the Chapter 7 Trustee and the Debtor's attorney immediately.  Additionally, Debtor understands that any amount received for this claim which exceeds $38,624.00 shall be made payable to the Chapter 7 Trustee for distribution to unsecured creditors. (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:   **33** | **$38,624.00** | ☑  **$23,624.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Debtor Sherry Scott interest in oil royalty Chesapeake Energy, Wildhorse Resources Management Co LLC**<br>Line from *Schedule A/B*:   **35** | **$2,000.00** | ☑  **$2,000.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Bryan L.O. Ardoin**
**Sherry Denise Scott**

CASE NO    **19-36682**

CHAPTER    **7**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $27,700.00 | $36,087.00 | $0.00 | $0.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $1,485.00 | $0.00 | $1,485.00 | $1,485.00 | $0.00 |
| 7. | Electronics | $1,115.00 | $0.00 | $1,115.00 | $1,115.00 | $0.00 |
| 8. | Collectibles of value | $70.00 | $0.00 | $70.00 | $70.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $45.00 | $0.00 | $45.00 | $45.00 | $0.00 |
| 10. | Firearms | $730.00 | $0.00 | $730.00 | $730.00 | $0.00 |
| 11. | Clothes | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Jewelry | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $1,325.00 | $0.00 | $1,325.00 | $1,325.00 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $1.00 | $0.00 | $1.00 | $1.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $75.00 | $0.00 | $75.00 | $75.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Bryan L.O. Ardoin**                                      CASE NO   **19-36682**
           **Sherry Denise Scott**

                                                                         CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**                                                   Scheme Selected: **Federal**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $38,624.00 | $0.00 | $38,624.00 | $38,624.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$73,170.00** | **$36,087.00** | **$45,470.00** | **$45,470.00** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Bryan L.O. Ardoin**          CASE NO   **19-36682**
          **Sherry Denise Scott**

                                        CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$73,170.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$73,170.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$36,087.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$36,087.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$45,470.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$45,470.00** |
| J.  Total Exemptions Claimed          (Wild Card Used: $27,800.00, Available: $0.00) | **$45,470.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bryan** | **L.O.** | **Ardoin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Denise** | **Scott** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **19-36682**
(if known)

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | Describe the property that secures the claim: | $17,847.00 | $12,500.00 | $5,347.00 |
|---|---|---|---|---|

**Arivo Acceptance**
Creditor's name
**102 W Motor Park Ave**
Number     Street

Describe the property that
secures the claim:

**2015 Kia Optima**

| **Sandy** | **UT** | **84070** |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

☑ **Check if this claim relates to a community debt**

Date debt was incurred **02/2019**      Last 4 digits of account number   **9   3   5   1**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $17,847.00 |
|---|

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.2 | | Describe the property that secures the claim: | $18,240.00 | $15,200.00 | $3,040.00 |
|---|---|---|---|---|---|

**OTR Fund I, LLC**
Creditor's name
**1305 Wycliff Ave Ste 104**
Number   Street
**Dallas, TX, 75207-6212**

**2010 Toyota 4 Runner**

_____

City                State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

**Date debt was incurred**   **09/2018**        **Last 4 digits of account number**   **5   6   2   2**

Add the dollar value of your entries in Column A on this page. Write that number here:          | $18,240.00 |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:          | $36,087.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bryan** | **L.O.** | **Ardoin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Denise** | **Scott** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **19-36682**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☐ No.  Go to Part 2.
☑ Yes.

2.   **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $11,988.00 | $11,988.00 | $0.00 |

**Attorney General**
Priority Creditor's Name
**Phillip Emerson, AAG**
Number      Street
**6161 Savoy, Suite 320**

**Houston**           **TX**      **77036**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** | **Priority amount** | **Nonpriority amount** |
| --- | --- | --- | --- |
| 2.2 | $40,122.00 | $11,255.00 | $28,867.00 |

**IRS**
Priority Creditor's Name
**Centralized Insolvency Operation**
Number     Street
**P.O. Box 7346**

**Philadelphia          PA     19101-7346**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __  __ __  __ __  __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim?**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other.  Specify

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

Total claim

| 4.1 | | | **$1,762.00** |
|---|---|---|---|

**Ad Astra Recovery Serv**
Nonpriority Creditor's Name
**7330 W 33rd Street North**
Number        Street

**Wichita              KS      67205**
City                         State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **0   9   1   6**

**When was the debt incurred?**   **09/2013**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney**

| 4.2 | | | **$5,400.00** |
|---|---|---|---|

**Albert Coleman**
Nonpriority Creditor's Name
**7529 Sundown Dr**
Number        Street

**Houston              TX      77028**
City                         State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   ___  ___  ___  ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Outstanding debt**

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                    Case number (if known)   **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.3**

**Ambit**
Nonpriority Creditor's Name
**PO Box 660462**
Number        Street

**$215.00**

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  _____

**Dallas**              **TX**    **75266-0462**
City                   State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Outstanding debt**

---

**4.4**

**American Credit Acceptance**
Nonpriority Creditor's Name
**961 E Main St**
Number        Street

**$7,585.00**

Last 4 digits of account number  **1   0   0   1**
When was the debt incurred?  **11/16/2013**

**Spartanburg**          **SC**    **29302**
City                   State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Repossession Deficiency**

---

**4.5**

**Ars Account Resolution**
Nonpriority Creditor's Name
**1643 Nw 136 Ave Ste 100**
Number        Street

**$693.00**

Last 4 digits of account number  **1   8   8   6**
When was the debt incurred?  **09/2016**

**Sunrise**              **FL**    **33323**
City                   State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collection Attorney**

---

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
| --- | --- |

### 4.6

| | $457.00 |

**Ars Account Resolution**
Nonpriority Creditor's Name
**1643 Nw 136 Ave Ste 100**
Number        Street

**Sunrise**            **FL**    **33323**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **6** **2** **5** **2**

When was the debt incurred?   **12/2016**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Collection Attorney**

### 4.7

| | $75.00 |

**Baptist Hospital**
Nonpriority Creditor's Name
**3080 College St**
Number        Street

**Beaumont**          **TX**    **77701**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Outstanding debt**

### 4.8

| | $595.00 |

**BBVA Compass Bank**
Nonpriority Creditor's Name
**PO Box 10566**
Number        Street

**Birmingham**        **AL**    **35296**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Outstanding debt**

Debtor 1    **Bryan L.O. Ardoin**

Debtor 2    **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.9** | | **$320.00**

**Brilliant Energy Elect**
Nonpriority Creditor's Name
**800 Wilcrest Dr Suite 109**
Number       Street

**Houston**               **TX**    **77042**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Outstanding debt**

**4.10** | | **$873.00**

**Cac Financial Corp**
Nonpriority Creditor's Name
**2601 Nw Expwy**
Number       Street

**Oklahoma City**          **OK**    **73112**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1  8  6  5
**When was the debt incurred?** 01/2019

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Attorney**

**4.11** | | **$814.00**

**Cac Financial Corp**
Nonpriority Creditor's Name
**2601 Nw Expwy**
Number       Street

**Oklahoma City**          **OK**    **73112**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 0  6  3  8
**When was the debt incurred?** 12/2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Account**

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**

Case number (if known) __19-36682__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.12**

**$114.00**

**Centerpoint Energy Srv**
Nonpriority Creditor's Name

**Po Box 1700**
Number     Street

**Houston          TX      77251**
City          State     ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __6__  __0__  __5__  __4__

When was the debt incurred?   __08/2015__

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Utililty Bill**

**4.13**

**$0.00**

**Ces/panhandl**
Nonpriority Creditor's Name

**C/o Acs**
Number     Street

**Utica          NY      13501**
City          State     ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __5__  __9__  __2__  __1__

When was the debt incurred?   __09/27/1999__

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Educational**

**4.14**

**$232.00**

**Change Happens CDC**
Nonpriority Creditor's Name

**3353 Elgin St**
Number     Street

**Houston          TX      77004**
City          State     ZIP Code

Who incurred the debt?  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number   __  __  __  __

When was the debt incurred?   _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Outstanding debt**

Debtor 1  **Bryan L.O. Ardoin**
Debtor 2  **Sherry Denise Scott**

Case number (if known) **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.15

**Choice Recovery**
Nonpriority Creditor's Name
**1550 Old Henderson Rd St**
Number     Street

**Columbus**            **OH**     **43220**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$300.00**

Last 4 digits of account number  **6  4  9  1**
When was the debt incurred?  **03/2017**

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Collection Attorney**

### 4.16

**Christus Medical Group**
Nonpriority Creditor's Name
**PO Box 844757**
Number     Street

**Dallas**              **TX**     **75284-4757**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Medical bill**

### 4.17

**Christus St Joseph**
Nonpriority Creditor's Name
**2830 Calder Ave**
Number     Street

**Beaumont**            **TX**     **77702**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$758.00**

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  _____

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Medical bill**

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.18

**$1,226.00**

**Cmre. 877-572-7555**
Nonpriority Creditor's Name
**3075 E Imperial Hwy Ste**
Number     Street

**Brea**          **CA**    **92821**
City               State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **2**  **1**  **0**  **4**
When was the debt incurred?   **12/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collection Attorney**

### 4.19

**$4,000.00**

**College Street Used Cars**
Nonpriority Creditor's Name
**8390 College St**
Number     Street

**Beaumont**     **TX**    **77707**
City               State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Outstanding debt**

### 4.20

**$222.00**

**Comcast**
Nonpriority Creditor's Name
**PO Box 660618**
Number     Street

**Dallas**       **TX**    **75266-0618**
City               State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Outstanding debt**

Debtor 1    **Bryan L.O. Ardoin**

Debtor 2    **Sherry Denise Scott**

Case number (if known) __19-36682__

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.21**

**Compass Point Emerg Phys**
Nonpriority Creditor's Name
**PO Box 99099**
Number     Street

$57.00

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Las Vegas       NV    89193-9085**
City                    State    ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bill**

**4.22**

**Dept of Education / Sallie Mae**
Nonpriority Creditor's Name
**Po Box 9635**
Number     Street

$0.00

Last 4 digits of account number  __0__ __2__ __2__ __3__

When was the debt incurred?  __02/2009__

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Wilkes Barre     PA    18773**
City                    State    ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Educational**

**4.23**

**Dr Mehuran Huque**
Nonpriority Creditor's Name
**2019 Shaver St**
Number     Street

$5,000.00

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pasadena        TX    77502**
City                    State    ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Outstanding debt**

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                          Case number (if known)   **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.24 | | **$2,550.00** |
|---|---|---|

**Drive Time**
Nonpriority Creditor's Name
**6335 Southwest Freeway**
Number      Street

**Houston                    TX        77074**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Repossession Deficiency**

| 4.25 | | **$125.00** |
|---|---|---|

**Entergy**
Nonpriority Creditor's Name
**PO Box 60138**
Number      Street

**New Orleans                LA        70160-0138**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Outstanding debt**

| 4.26 | | **$500.00** |
|---|---|---|

**Enterprise Rent-A-Car**
Nonpriority Creditor's Name
**1206 N Memorial Fwy**
Number      Street

**Nederland                  TX        77627**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Outstanding debt**

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.27**

**$252.00**

**Excellence Emergency Room**
Nonpriority Creditor's Name
**15119 Wallisville Rd #100**
Number        Street

**Houston          TX     77049**
City                State    ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical bill**

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.28**

**$182,232.00**

**Fed Loan Serv**
Nonpriority Creditor's Name
**Pob 60610**
Number        Street

**Harrisburg        PA     17106**
City                State    ZIP Code

Last 4 digits of account number  **0   0   0   2**

When was the debt incurred?   **06/2011**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Educational**

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.29**

**$525.00**

**First Convience Bank**
Nonpriority Creditor's Name
**PO Box 937**
Number        Street

**Killeen          TX     76540-0937**
City                State    ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Outstanding debt**

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

4.30

$123.00

**Fitness Connection**
Nonpriority Creditor's Name
**PO Box 680768**
Number      Street

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Houston**            **TX**   **77268-0768**
City                   State    ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Outstanding debt**

---

4.31

$158.00

**Guarantee Loan**
Nonpriority Creditor's Name
**4310 OST Suite E**
Number      Street

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Houston**            **TX**   **77021**
City                   State    ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Outstanding debt**

---

4.32

$0.00

**Guarantee Loan Service**
Nonpriority Creditor's Name
**2211 Spencer Hwy Ste C**
Number      Street

Last 4 digits of account number   **6   2   0   0**
When was the debt incurred?   **06/30/2017**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Pasadena**           **TX**   **77504**
City                   State    ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Note Loan**

---

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**                                    Case number (if known)   **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.33**                                                                                      **$300.00**

**Guarantee Loan Service**
Nonpriority Creditor's Name
**2211 Spencer Hwy Ste C**
Number      Street

**Pasadena           TX      77504**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **8   8   1   0**
**When was the debt incurred?**   **06/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Note Loan**

**4.34**                                                                                      **$525.00**

**Guarantee Loan Service**
Nonpriority Creditor's Name
**2211 Spencer Hwy Ste C**
Number      Street

**Pasadena           TX      77504**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding debt**

**4.35**                                                                                      **$1,400.00**

**Gulf Credit Union**
Nonpriority Creditor's Name
**5140 W Parkway St**
Number      Street

**Groves             TX      77619**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding debt**

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**

Case number (if known)    **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.36**                                                                                        **$209.00**

**Gulf Imaging Assoc**
Nonpriority Creditor's Name
**PO Box 4346  Dept 864**
Number      Street

**Houston                    TX        77210**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Outstanding debt**

---

**4.37**                                                                                        **$268.00**

**Hillcrest Davidson & A**
Nonpriority Creditor's Name
**715 N Glenville Dr Ste 4**
Number      Street

**Richardson                 TX        75081**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _2_ _6_ _1_ _7_
**When was the debt incurred?**   02/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collection Attorney**

---

**4.38**                                                                                        **$850.00**

**Home Furniture**
Nonpriority Creditor's Name
**2230 FM 365**
Number      Street

**Nederland                  TX        77627**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Outstanding debt**

---

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.39**

$252.00

**Houston Healthcare SE**
Nonpriority Creditor's Name
**PO Box 406787**
Number        Street

**Atlanta            GA    30384**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Outstanding debt**

---

**4.40**

$17,450.00

**John C Stennis Mem Hospital**
Nonpriority Creditor's Name
**14365 Hwy 16**
Number        Street

**Dekalb            MS    39328**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical bill**

---

**4.41**

$815.00

**JP Morgan Chase**
Nonpriority Creditor's Name
**7610 West Washington St.**
Number        Street

**Indianapolis       IN    46231**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Outstanding debt**

---

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                    Case number (if known)   **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.42 | | $325.00 |

**Just Energy**
Nonpriority Creditor's Name
**5333 Westheimer Rd #450**
Number       Street

Last 4 digits of account number      __ __ __ __
When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77056** |
City | State | ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Outstanding debt**

| 4.43 | | $252.00 |

**Liberty Power**
Nonpriority Creditor's Name
**1901 West Cypress Crk Rd Ste 600**
Number       Street

Last 4 digits of account number      __ __ __ __
When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Fort Lauderdale** | **FL** | **33309** |
City | State | ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Outstanding debt**

| 4.44 | | $786.00 |

**Loanstar Finance**
Nonpriority Creditor's Name
**918 Mercury Dr**
Number       Street

Last 4 digits of account number      __ __ __ __
When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77029** |
City | State | ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Outstanding debt**

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                        Case number (if known)    **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                                        **Total claim**

---

**4.45**                                                                                  **$652.00**

**Loanstar Title Loans**                    **Last 4 digits of account number** __ __ __ __
Nonpriority Creditor's Name                 **When was the debt incurred?**
**2924 FM 365**
Number        Street                        **As of the date you file, the claim is:** Check all that apply.
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
**Nederland**          **TX**    **77627**
City                State    ZIP Code       **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?** Check one.       ☐ Student loans
☐ Debtor 1 only                             ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                 that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another   ☑ Other.  Specify
☑ **Check if this claim is for a community debt**   **Outstanding debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.46**                                                                                  **$0.00**

**Mechanics Bank Fka Crb**                  **Last 4 digits of account number**   **1   0   0   1**
Nonpriority Creditor's Name                 **When was the debt incurred?**   **09/2015**
**Po Box 25805**
Number        Street                        **As of the date you file, the claim is:** Check all that apply.
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
**Santa Ana**          **CA**    **92799**
City                State    ZIP Code       **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?** Check one.       ☐ Student loans
☐ Debtor 1 only                             ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                 that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another   ☑ Other.  Specify
☑ **Check if this claim is for a community debt**   **Automobile**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.47**                                                                                  **$848.00**

**Memorial Hermann**                        **Last 4 digits of account number** __ __ __ __
Nonpriority Creditor's Name                 **When was the debt incurred?**
**PO Box 4370**
Number        Street                        **As of the date you file, the claim is:** Check all that apply.
                                            ☐ Contingent
                                            ☐ Unliquidated
                                            ☐ Disputed
**Houston**            **TX**    **77210-4370**
City                State    ZIP Code       **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?** Check one.       ☐ Student loans
☐ Debtor 1 only                             ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                 that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another   ☑ Other.  Specify
☑ **Check if this claim is for a community debt**   **Outstanding debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                    Case number (if known)   **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.                                                                   **Total claim**

| 4.48 |
|---|

**$688.00**

**Midwest Recovery Syste**
Nonpriority Creditor's Name
**514 Earth City Plaza**
Number       Street

_____

**Earth City          MO     63045**
City                        State     ZIP Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1   4   4   7**
When was the debt incurred?   **05/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Attorney**

| 4.49 |
|---|

**$0.00**

**Navient Solutions Inc**
Nonpriority Creditor's Name
**Po Box 9500**
Number       Street

_____

**Wilkes Barre          PA     18773**
City                        State     ZIP Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **0   8   2   4**
When was the debt incurred?   **08/2000**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Educational**

| 4.50 |
|---|

**$255.00**

**NCJ**
Nonpriority Creditor's Name
**PO Box 3023**
Number       Street

_____

**Hutchinson          KS     67504**
City                        State     ZIP Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding debt**

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.51**

**$941.00**

**Neches Federal Credit Union**
Nonpriority Creditor's Name
**1955 Dowlen Road**
Number      Street

**Beaumont**              **TX**      **77706**
City                              State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Outstanding debt**

**4.52**

**$0.00**

**Nelnet Loans**
Nonpriority Creditor's Name
**Po Box 82561**
Number      Street

**Lincoln**                **NE**      **68501**
City                              State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **5  7  9  9**
**When was the debt incurred?**  **10/1998**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Educational**

**4.53**

**$255.00**

**New Start Auto**
Nonpriority Creditor's Name
**1000 N Central Expressway**
Number      Street

**Richardson**             **TX**      **75080**
City                              State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Outstanding debt**

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**                     Case number (if known)   **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.54** | | $1,912.00

**Online Collections**
Nonpriority Creditor's Name
**Pob 1489**
Number      Street

**Winterville**          **NC**     **28590**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7**  **0**  **0**  **5**
**When was the debt incurred?**   **10/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney**

**4.55** | | $809.00

**Online Collections**
Nonpriority Creditor's Name
**Pob 1489**
Number      Street

**Winterville**          **NC**     **28590**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1**  **8**  **6**  **4**
**When was the debt incurred?**   **06/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney**

**4.56** | | $729.00

**Online Collections**
Nonpriority Creditor's Name
**Pob 1489**
Number      Street

**Winterville**          **NC**     **28590**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6**  **9**  **5**  **1**
**When was the debt incurred?**   **10/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney**

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                    Case number (if known) __19-36682__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |

| | | |

**4.57**                                                                                              **$3,752.00**

**OTR Fund**                                    Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name                     **When was the debt incurred?**
**1305 Wycliff Ave Suite 140**
Number        Street                            **As of the date you file, the claim is:** Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed
**Dallas**              **TX**    **75207**
City                    State   ZIP Code        **Type of NONPRIORITY unsecured claim:**
Who incurred the debt?    Check one.            ☐ Student loans
☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other.  Specify
☑ **Check if this claim is for a community debt**      **Repossession Deficiency**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.58**                                                                                              **$819.00**

**Paramount Recovery Sys**                      Last 4 digits of account number   _7_ _9_ _1_ _1_
Nonpriority Creditor's Name                     **When was the debt incurred?**   **10/2018**
**Po Box 23369**
Number        Street                            **As of the date you file, the claim is:** Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed
**Waco**                **TX**    **76702**
City                    State   ZIP Code        **Type of NONPRIORITY unsecured claim:**
Who incurred the debt?    Check one.            ☐ Student loans
☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other.  Specify
☑ **Check if this claim is for a community debt**      **Collection Attorney**
**Is the claim subject to offset?**
☑ No
☐ Yes

**4.59**                                                                                              **$685.00**

**Port Arthur Teachers FCU**                    Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name                     **When was the debt incurred?**
**3001 Jimmy Johnson Blvd**
Number        Street                            **As of the date you file, the claim is:** Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed
**Port Arthur**         **TX**    **77642**
City                    State   ZIP Code        **Type of NONPRIORITY unsecured claim:**
Who incurred the debt?    Check one.            ☐ Student loans
☐ Debtor 1 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                    that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another       ☑ Other.  Specify
☑ **Check if this claim is for a community debt**      **Outstanding debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                  Case number (if known)    **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.60** $365.00

**Power Finance of TX**
Nonpriority Creditor's Name
**5301 Hollister Ste 100**
Number     Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?

**Houston              TX      77040**
City                  State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Outstanding debt**

---

**4.61** $222.00

**Reliant Energy**
Nonpriority Creditor's Name
**PO Box 3765**
Number     Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?

**Houston              TX      77253-3765**
City                  State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utililty Bill**

---

**4.62** $3,592.00

**Sequium Asset Solution**
Nonpriority Creditor's Name
**1130 Northchase Pkwy Se**
Number     Street

Last 4 digits of account number   2  9  5  8

When was the debt incurred?   **05/2019**

**Marietta             GA      30067**
City                  State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney**

---

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                              Case number (if known)    **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.63**                                                                                   **$1,155.00**

**Settlers Cove Apts**
Nonpriority Creditor's Name                    Last 4 digits of account number   __ __ __ __
**4045 Tradway Rd**                            When was the debt incurred?
Number       Street                            As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
**Beaumont**         **TX**    **77706**
City                State   ZIP Code           Type of NONPRIORITY unsecured claim:
Who incurred the debt?    Check one.
☐ Debtor 1 only                                ☐ Student loans
☐ Debtor 2 only                                ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another      ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Check if this claim is for a community debt   ☑ Other. Specify
                                                 **Broken lease**
Is the claim subject to offset?
☑ No
☐ Yes

**4.64**                                                                                   **$917.00**

**Shell FCU**
Nonpriority Creditor's Name                    Last 4 digits of account number   __ __ __ __
**301 E 13th St**                              When was the debt incurred?
Number       Street                            As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
**Deer Park**        **TX**    **77536-3297**
City                State   ZIP Code           Type of NONPRIORITY unsecured claim:
Who incurred the debt?    Check one.
☐ Debtor 1 only                                ☐ Student loans
☐ Debtor 2 only                                ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another      ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Check if this claim is for a community debt   ☑ Other. Specify
                                                 **Outstanding debt**
Is the claim subject to offset?
☑ No
☐ Yes

**4.65**                                                                                   **$28.00**

**Sound Phys Emerg Med**
Nonpriority Creditor's Name                    Last 4 digits of account number   __ __ __ __
**PO Box 748996**                              When was the debt incurred?
Number       Street                            As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
**Los Angeles**      **CA**    **90074**
City                State   ZIP Code           Type of NONPRIORITY unsecured claim:
Who incurred the debt?    Check one.
☐ Debtor 1 only                                ☐ Student loans
☐ Debtor 2 only                                ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another      ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Check if this claim is for a community debt   ☑ Other. Specify
                                                 **Outstanding debt**
Is the claim subject to offset?
☑ No
☐ Yes

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 24

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.66**

$146.00

**Southwest Credit Syste**
Nonpriority Creditor's Name
**4120 International Pkwy**
Number    Street

_____

**Carrollton        TX     75007**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1   3   1   2**
When was the debt incurred?    **02/2019**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collection Attorney**

**4.67**

$125.00

**Spectrum**
Nonpriority Creditor's Name
**1460 Calder Ave**
Number    Street

_____

**Beaumont        TX     77702**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___  ___  ___  ___
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Outstanding debt**

**4.68**

$326.00

**Sprint Wireless**
Nonpriority Creditor's Name
**PO Box 4191**
Number    Street

_____

**Winfield        IL     60190-7000**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___  ___  ___  ___
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Outstanding debt**

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                    Case number (if known)    **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

---

4.69                                                                                                          **$203.00**

**Stream Energy**
Nonpriority Creditor's Name
**P.O. Box 192746**
Number         Street


**Dallas                        TX        75219**
City                           State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Outstanding debt**

---

4.70                                                                                                          **$27.00**

**Synergy Radiology Assoc**
Nonpriority Creditor's Name
**PO Box 88087**
Number         Street



**Chicago                       IL        60680-1087**
City                           State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Medical bill**

---

4.71                                                                                                          **$325.00**

**T-Mobile**
Nonpriority Creditor's Name
**PO Box 742596**
Number         Street


**Cincinnati                    OH        45274**
City                           State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**         _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Outstanding debt**

---

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.72

$0.00

**Texan Credit**
Nonpriority Creditor's Name
**Po Box 130**
Number      Street

**Timpson**          **TX**      **75975**
City                State     ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number     **7**  **8**  **4**
When was the debt incurred?   **10/25/2013**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Note Loan**

### 4.73

$183.00

**Texas Children's Urgent Care**
Nonpriority Creditor's Name
**PO Box 847116**
Number      Street

**Dallas**          **TX**      **75284**
City                State     ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number     ___  ___  ___  ___
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Outstanding debt**

### 4.74

$1,155.00

**The Avenue Apts**
Nonpriority Creditor's Name
**2900 Nederland Ave**
Number      Street

**Nedeland**          **TX**      **77627**
City                State     ZIP Code

Who incurred the debt?   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number     ___  ___  ___  ___
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Outstanding debt**

Debtor 1    **Bryan L.O. Ardoin**

Debtor 2    **Sherry Denise Scott**

Case number (if known)    **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.75**

**$678.00**

**The Medical Center SE TX**
Nonpriority Creditor's Name
**PO Box 27434**
Number        Street

**Salt Lake City**        **UT**    **84127**
City                              State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Outstanding debt**

---

**4.76**

**$1,044.00**

**United Energy Cu**
Nonpriority Creditor's Name
**8790 Fm 1960 Bypass Rd W**
Number        Street

**Humble**        **TX**    **77338**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0   1   4   3**

**When was the debt incurred?**    **02/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Unsecured**

---

**4.77**

**$475.00**

**United Energy Cu**
Nonpriority Creditor's Name
**8790 Fm 1960 Bypass Rd W**
Number        Street

**Humble**        **TX**    **77338**
City                      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0   9   9   2**

**When was the debt incurred?**    **07/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Unsecured**

---

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.78 | | **$20.00** |

**United Energy Cu**
Nonpriority Creditor's Name

**8790 Fm 1960 Bypass Rd W**
Number        Street

**Humble**              **TX**      **77338**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0   7   9   2**

**When was the debt incurred?**   **07/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Deposit Related**

| 4.79 | | **$0.00** |

**Us Dep Ed**
Nonpriority Creditor's Name

**Po Box 5609**
Number        Street

**Greenville**            **TX**      **75403**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **1   8   9   9**

**When was the debt incurred?**   **06/27/2011**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Educational**

| 4.80 | | **$359.00** |

**Verizon Wireless**
Nonpriority Creditor's Name

**National Recovery Operations**
Number        Street

**Minneapolis**          **MN**      **55426**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0   0   0   1**

**When was the debt incurred?**   **01/2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Unknown Loan Type**

---

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.81**

**$1,222.00**

**Villas at Colt Run**
Nonpriority Creditor's Name

**7600 East Houston Road**
Number          Street

**Houston**            **TX**      **77028**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Broken lease**

---

**4.82**

**$206.00**

**Virtuoso Sourcing Grou**
Nonpriority Creditor's Name

**4500 Cherry Creek Drive South**
Number          Street

**Denver**            **CO**      **80246**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   _4_ _9_ _7_ _7_

**When was the debt incurred?**   12/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Collection Attorney**

---

**4.83**

**$362.00**

**Woodforest Bank**
Nonpriority Creditor's Name

**PO Box 24459**
Number          Street

**Houston**            **TX**      **77229**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
   **Outstanding debt**

---

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**                                          Case number (if known)   **19-36682**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| **4.84** | **$632.00** |

**World Finance**
Nonpriority Creditor's Name
**2231 Center St  Suite C**
Number       Street


**Deer Park**            **TX**     **77536**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Outstanding debt**

| **4.85** | **$321.00** |

**World Finance Corporat**
Nonpriority Creditor's Name
**3226 Nogalitos Ste 102**
Number       Street


**San Antonio**          **TX**     **78225**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **4   0   0   1**
**When was the debt incurred?**   **07/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Secured**

Debtor 1  **Bryan L.O. Ardoin**

Debtor 2  **Sherry Denise Scott**

Case number (if known) **19-36682**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Ace Cash Advance**
Name
**1919 Blanding Blvd**
Number    Street

**Jacksonville**          **FL**    **32210**
City                      State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Ace Cash Express**
Name
**3634 Garth Rd**
Number    Street

**Baytown**          **TX**    **77521**
City                 State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Ace Cash Express**
Name
**1231 Greenway Plza #700**
Number    Street

**Irving**          **TX**    **75038**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**ACS Primary Care**
Name
**3585 Ridge Park Dr.**
Number    Street

**Akron**          **OH**    **44333-8203**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Advance America**
Name
**453 Uvalde Rd.**
Number    Street

**Houston**          **TX**    **77015**
City                 State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor 1    **Bryan L.O. Ardoin**

Debtor 2    **Sherry Denise Scott**                                    Case number (if known)   __19-36682__

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Advance America**
Name
**12637 Westheimer Ste 200**
Number       Street


**Houston**            **TX**   **77077**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**AFJ Systems Inc**
Name
**PO Box 940694**
Number       Street


**Houston**            **TX**   **77094**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Akron Billing Center**
Name
**3585 Ridge Park Drive**
Number       Street
**Collection Account**


**Akron**              **OH**   **44333**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Allied Interstate**
Name
**3200 Northline Ave., Suite 160**
Number       Street
**Collecting for -**


**Greensboro**         **NC**   **27408**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Allied Interstate**
Name
**PO Box 361597**
Number       Street


**Columbus**           **OH**   **43236-1598**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Allstate Auto Insurance**
Name
**1514 FM #529**
Number       Street


**Houston**            **TX**   **77095**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**

Case number (if known)    **19-36682**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**Allstate County Mutual Ins**
Name
**PO Box 55126**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)* ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Boston**      **MA**    **02205-0269**
City             State    ZIP Code

---

**Alltran Financial LP**
Name
**PO Box 610**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)* ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Sauk Rapids**      **MN**    **56379**
City             State    ZIP Code

---

**Alltran Financial LP**
Name
**PO Box 4044**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)* ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Concord**      **CA**    **94524-4044**
City             State    ZIP Code

---

**American Credit Acceptance**
Name
**961 E. Main St. 2nd Floor**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)* ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Spartanburg**      **SC**    **29302**
City             State    ZIP Code

---

**Amigo Energy**
Name
**777 Post Oak Blvd., Ste 700**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)* ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Houston**      **TX**    **77056**
City             State    ZIP Code

---

**ARA**
Name
**PO Box 4009**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)* ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Shcaumbur**      **IL**    **60168-4009**
City             State    ZIP Code

---

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**                                    Case number (if known)   **19-36682**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**ARA**
Name
**PO Box 5002**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Villa Park**          **IL**   **60181**
City                State   ZIP Code

---

**Ashlee Johnson (DSO)**
Name
**1116 Duff Dr**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Port Arthur**        **TX**   **77642**
City                State   ZIP Code

---

**AT & T**
Name
**PO Box 5014**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Carol Stream**       **IL**   **60197-5014**
City                State   ZIP Code

---

**AT&T**
Name
**PO Box 78225**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Phoenix**            **AZ**   **85062-8225**
City                State   ZIP Code

---

**Bank of America**
Name
**PO Box 2759**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Jacksonville**       **FL**   **32203-2759**
City                State   ZIP Code

---

**Bank of America**
Name
**PO Box 660933**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Dallas**             **TX**   **75266-0933**
City                State   ZIP Code

---

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**BBVA Compass Bank**
Name
**21015 Kuykendahl**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Outstanding debt**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Spring**      **TX**    **77379**
City        State    ZIP Code

---

**Bella Vista Apts**
Name
**2700 Daisy Ashford**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Houston**      **TX**    **77082**
City        State    ZIP Code

---

**Bridge Crest**
Name
**PO Box 53087**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Phoeniz**      **AZ**    **85072-3087**
City        State    ZIP Code

---

**Cash Call Inc**
Name
**1600 S Douglas Road**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Anaheim**      **CA**    **92806**
City        State    ZIP Code

---

**Cash Store**
Name
**12626 Woodforest  Suite A**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Houston**      **TX**    **77015**
City        State    ZIP Code

---

**Cash Store**
Name
**1901 Gateway Dr., Ste 200**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Irving**      **TX**    **75038**
City        State    ZIP Code

Debtor 1  **Bryan L.O. Ardoin**
Debtor 2  **Sherry Denise Scott**

Case number (if known)  **19-36682**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Centerpoint Energy**
Name
**PO Box 1700**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Houston**          **TX**   **77251**
City               State   ZIP Code

**Central Credit Services LLC**
Name
**PO Box 1898**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Saint Charles**    **MO**   **63302-1898**
City               State   ZIP Code

**Chase Bank**
Name
**PO Box 19600**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Houston**          **TX**   **77224-9600**
City               State   ZIP Code

**Christus St. Joseph Hospital**
Name
**P.O. Box 840963**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Dallas**           **TX**   **75284**
City               State   ZIP Code

**CKS Financial**
Name
**PO Box 2856**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Chesapeake**       **VA**   **23327-2856**
City               State   ZIP Code

**Collins Asset Group**
Name
**5725 Hwy. 290 W., Ste. 103**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Austin**           **TX**   **78735**
City               State   ZIP Code

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

**Part 3:    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

**Compass Bank**
Name
**PO Box 192**
Number        Street

**Birmingham            AL      35201**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Conn's Appliances, Inc.**
Name
**c/o Becket and Lee LLP**
Number        Street
**PO Box 3002**

**Malvern                PA      19355-1245**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _1_ _5_ _3_ _0_

---

**Convergent Outsourcing**
Name
**Po Box 9004**
Number        Street

**Renton                 WA      98057**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Credit Collection Serv**
Name
**725 Canton Street**
Number        Street

**Norwood                MA      02062**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Credit Collection Serv**
Name
**2 Wells Ave**
Number        Street

**Newton                 MA      02459**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

**Credit Management Control**
Name
**PO Box 1408**
Number        Street

**Racine                 WI      53401-1408**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                    Case number (if known)   **19-36682**

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

---

**Diane Trautman, County Clerk**
Name
**County Civil Court at Law No 1**
Number    Street
**201 Caroline, Suite 300**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Houston**              **TX**    **77002**
City                     State    ZIP Code

---

**Direct Energy**
Name
**PO Box 660300**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Dallas**               **TX**    **75266-0300**
City                     State    ZIP Code

---

**Enterprise Rent-A-Car**
Name
**PO Box 842442**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Dallas**               **TX**    **75284**
City                     State    ZIP Code

---

**Entrust Energy**
Name
**PO Box 731396**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Dallas**               **TX**    **75373-1396**
City                     State    ZIP Code

---

**ERC**
Name
**PO Box 23870**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Jacksonville**         **FL**    **32241-3870**
City                     State    ZIP Code

---

**Eronn A. Putman**
Name
**2311 Canal Street Suite 126**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Houston**              **TX**    **77003**
City                     State    ZIP Code

---

Debtor 1 **Bryan L.O. Ardoin**
Debtor 2 **Sherry Denise Scott**

Case number (if known) **19-36682**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

---

**Farmers**
Name
**PO Box 660665**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Dallas**          **TX**   **75266**
City               State    ZIP Code

---

**Farmers Insurance**
Name
**PO Box 149226**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Austin**          **TX**   **78714-9226**
City               State    ZIP Code

---

**Financial Corportation of America**
Name
**PO Box 203600**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Austin**          **TX**   **78720-3600**
City               State    ZIP Code

---

**First Cash Advance**
Name
**11631 SW Freeway, Ste 2**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Houston**          **TX**   **77031**
City                State    ZIP Code

---

**First Cash Advance**
Name
**4299 Highway One  Ste A-1**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Rehoboth Beach**     **DE**   **19971**
City                  State    ZIP Code

---

**First Collection Service**
Name
**10925 Otter Creek E Blvd**
Number       Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Mabelvale**          **AR**   **72103-1661**
City                  State    ZIP Code

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**                                                     Case number (if known)   __19-36682__

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

---

**First Collection Service**
Name
**10925 Otter Creek E Blvd**
Number          Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Mabelvale**          **AR**   **72103-1661**
City                   State   ZIP Code

---

**First Convenience Bank**
Name
**10411 North Freeway**
Number          Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**          **TX**   **77037**
City                 State   ZIP Code

---

**FMA Alliance, Ltd.**
Name
**12339 Cutten Road**
Number          Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for Memorial**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Hermann Hospital**

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**          **TX**   **77066**
City                 State   ZIP Code

---

**Geico County Mutual**
Name
**PO Box 55126**
Number          Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Boston**          **MA**   **02205-5126**
City                State   ZIP Code

---

**GEXA Energy**
Name
**20 Greenway Plaza, Ste 600**
Number          Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Utililty Bill**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Housotn**          **TX**   **77046**
City                 State   ZIP Code

---

**Glass Mountain Capital LLC**
Name
**1930 Thoreau Dr. Ste 100**
Number          Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Schaumburg**          **IL**   **60173**
City                    State   ZIP Code

---

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Greater Houston Emergency**
Name
**PO Box 200211**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**          **TX**    **77216**
City                 State   ZIP Code

**Green Mountain Energy**
Name
**PO Box 660305**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Dallas**           **TX**    **75266-0305**
City                 State   ZIP Code

**HCA Houston Med Cntr**
Name
**PO Box 740785**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Cincinnatti**      **OH**    **45274-0785**
City                 State   ZIP Code

**Home Furniture**
Name
**PO Box 6254**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Carol Stream**     **IL**    **60197-6254**
City                 State   ZIP Code

**HRRG**
Name
**PO Box 5406**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Cincinnatti**      **OH**    **45273-1942**
City                 State   ZIP Code

**HRRG**
Name
**PO Box 459080**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Sunrise**          **FL**    **33345-9080**
City                 State   ZIP Code

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**IC Systems**
Name
**444 E Hwy 96**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**St Paul**          **MN**   **55127**
City               State   ZIP Code

---

**In The County Civil Court No 4**
Name
**201 Caroline/ Suite 540**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Houston**          **TX**   **77002**
City               State   ZIP Code

---

**In the Justice Court**
Name
**Harris County, TX Prec 1, Place 2**
Number      Street
**1302 Preston Street**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Houston**          **TX**   **77002**
City               State   ZIP Code

---

**Infinity County Mutual Insurance**
Name
**5205 N O'Conner Blbd**
Number      Street
**Suite 70**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Irving**          **TX**   **75039**
City               State   ZIP Code

---

**Lvnv Funding**
Name
**PO Box 10497**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Greenville**          **SC**   **29603**
City               State   ZIP Code

---

**LVNV Funding LLC**
Name
**PO Box 390846**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Minneapolis**          **MN**   **55439**
City               State   ZIP Code

---

Debtor 1    **Bryan L.O. Ardoin**

Debtor 2    **Sherry Denise Scott**                                      Case number (if known)   **19-36682**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Memorial Hermann**
Name
**PO Box 201367**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**              **TX**    **77216**
City                     State    ZIP Code

---

**MHHS**
Name
**11800 Astoria Blvd.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**              **TX**    **77089**
City                     State    ZIP Code

---

**Money & More Advance**
Name
**1005 Terminal Way, Ste 110**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Reno**                 **NV**    **89502**
City                     State    ZIP Code

---

**North Houston Pathology Assoc**
Name
**714 FM 1960 W #206**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**              **TX**    **77090**
City                     State    ZIP Code

---

**North Houston Pathology Assoc.**
Name
**PO Box 421809**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**              **TX**    **77242-1809**
City                     State    ZIP Code

---

**Northland Group**
Name
**7831 Glen Roy Road, Suite 350**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Edina**                **MN**    **55439-3133**
City                     State    ZIP Code

---

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Payday Loan of America**
Name
**105 Robino Court, Suite 409**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Payday Loan**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Wilmington**          **DE**   **19804**
City                         State    ZIP Code

---

**Portfolio Recov Assoc**
Name
**120 Corporate Blvd Ste 100**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*
**Factoring Company**
**Account**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   _8_ _5_ _1_ _7_

**Norfolk**             **VA**   **23502**
City                         State    ZIP Code

---

**Power Finance**
Name
**12605 East Fwy**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Houston**             **TX**   **77015**
City                         State    ZIP Code

---

**Progressive County Mutual Ins.**
Name
**Dept 0598**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Carol Stream**        **IL**   **60132-0598**
City                         State    ZIP Code

---

**Public Storage**
Name
**4401 S. Tammarac Pkwy Ste B-101**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Denver**              **CO**   **80237**
City                         State    ZIP Code

---

**Recovery Service Bureau**
Name
**PO Box 7369**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Beaumont**            **TX**   **77726-7369**
City                         State    ZIP Code

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**                                   Case number (if known)   **19-36682**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Safeco Insurance Co**
Name
**PO Box 5687**
Number       Street



**Denver**                 **CO**     **80217**
City                        State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Sage Capital Recovery**
Name
**1040 Kings Hwy N.**
Number       Street



**Cherry Hill**            **NJ**     **08034**
City                        State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Shell FCU**
Name
**PO Box 578**
Number       Street



**Deer Park**              **TX**     **77536**
City                        State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Purchase Money**              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Sprint PCS**
Name
**PO Box 3427**
Number       Street



**Bloomington**            **IL**     **61072**
City                        State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Sprint PCS**
Name
**PO Box 361743**
Number       Street



**Columbus**               **OH**     **43236-1743**
City                        State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**State Farm**
Name
**8900 Amberglen Blvd**
Number       Street



**Austin**                 **TX**     **78729-1110**
City                        State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**

Case number (if known)    **19-36682**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**TLRA**
Name
**P.O. Box 650576**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Dallas**          **TX**    **75265-0576**
City               State    ZIP Code

---

**TLRA**
Name
**PO Box 650647**
Number        Street
**Dept 518**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Dallas**          **TX**    **75265-0647**
City               State    ZIP Code

---

**Triple A Auto Insurance**
Name
**PO Box 25036**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Santa Ana**        **CA**    **92799-5036**
City               State    ZIP Code

---

**TXU Electric**
Name
**PO Box 660409**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Dallas**          **TX**    **75266-0409**
City               State    ZIP Code

---

**United Energy CU**
Name
**PO Box 815909**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Dallas**          **TX**    **75381-5909**
City               State    ZIP Code

---

**USAA Insurance Co**
Name
**PO Box 33490**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**San Antonio**      **TX**    **78265**
City               State    ZIP Code

---

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**                                     Case number (if known)   **19-36682**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Verizon Wireless**
Name
**PO Box 660108**
Number       Street

**Dallas**                    **TX**      **75266-0108**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Wells Fargo**
Name
**1102 E Admiral Doyle Dr 7**
Number       Street

**New Iberia**                **LA**      **70560**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Wells Fargo**
Name
**PO Box 93399**
Number       Street

**Albuquequer**               **NM**      **87199-3399**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**West Law Group PLLC**
Name
**James West**
Number       Street
**10223 Broadway, Suite P553**

**Pearland**                  **TX**      **77584**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**West Law Group PLLC**
Name
**957 NASA Parkway #503**
Number       Street

**Houston**                   **TX**      **77058**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**World Finance**
Name
**3926 Avenue H #24**
Number       Street

**Rosenberg**                 **TX**      **77471**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

Debtor 1    **Bryan L.O. Ardoin**

Debtor 2    **Sherry Denise Scott**                                    Case number (if known)   **19-36682**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.    Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
      28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.  $11,988.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b.  $40,122.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.  $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. +  $0.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d.  $52,110.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.  $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.  $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.  $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. +  $267,028.00 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j.  $267,028.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bryan** | **L.O.** | **Ardoin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Denise** | **Scott** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **19-36682**
(if known)

☐ Check if this is an
    amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 **Bella Vista Apts** <br> Name <br> **Houston, TX** <br> Number    Street <br><br> City                                State      ZIP Code | **Apartment complex lease** <br> **Contract to be ASSUMED** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bryan**<br>First Name | **L.O.**<br>Middle Name | **Ardoin**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Sherry**<br>First Name | **Denise**<br>Middle Name | **Scott**<br>Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number<br>(if known)   **19-36682**

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No.  Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

   　　☐ No
   　　☑ Yes

   In which community state or territory did you live?   **Texas**   Fill in the name and current address of that person.

   **Sherry Denise Scott**
   Name of your spouse, former spouse, or legal equivalent
   **14340 Wallisville Road Apt 2310**
   Number　　Street

   | | | |
   |---|---|---|
   | **Houston** | **TX** | **77049** |
   | City | State | ZIP Code |

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G).*  Use *Schedule D, Schedule E/F, or Schedule G to fill out Column 2.*

   *Column 1:*  **Your codebtor**　　　　　　　　　　　　　　　　　　　　*Column 2:*  **The creditor to whom you owe the debt**

   　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bryan** | **L.O.** | **Ardoin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Denise** | **Scott** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **19-36682** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed | ☑ Employed |
| | | ☐ Not employed | ☐ Not employed |
| **Occupation** | | **Manager** | **Home maker** |
| **Employer's name** | | **Bilfinger Westcon Inc** | **Part time event planner** |
| **Employer's address** | | **PO Box 1735** | **dba Glitter & Shimmer Event servic** |
| | | Number  Street | Number  Street |
| | | | **Houston, TX** |
| | | **Bismark    ND    58502** | |
| | | City    State   Zip Code | City        State   Zip Code |
| **How long employed there?** | | **2 weeks** | **15 years** |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$5,720.00** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$1,040.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$6,760.00** | **$0.00** |

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................................. ➔ 4. | $6,760.00 | $0.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $2,278.60 | $0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify: _____ | 5h. + | $0.00 | $0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $2,278.60 | $0.00 |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4. | 7. | $4,481.40 | $0.00 |

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $277.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. | Social Security | 8e. | $0.00 | $685.30 |
| 8f. | Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify:   Part time event planner | 8h. + | $0.00 | $250.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **9.** | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $1,212.30 |
| **10.** | **Calculate monthly income.**   Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $4,481.40   + | $1,212.30   =   $5,693.70 |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| | | | |
|---|---|---|---|
| | Specify: _____ | 11. + | $0.00 |

| | | | |
|---|---|---|---|
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | $5,693.70 **Combined monthly income** |

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.   **None.**

☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1　　　**Bryan**　　　　**L.O.**　　　　　**Ardoin**
　　　　　　　First Name　　　Middle Name　　　Last Name

Debtor 2　　　**Sherry**　　　**Denise**　　　**Scott**
(Spouse, if filing)　First Name　　Middle Name　　　Last Name

United States Bankruptcy Court for the:　**SOUTHERN DISTRICT OF TEXAS**

Case number　　**19-36682**
(if known)

Check if this is:

- [ ] An amended filing
- [ ] A supplement showing postpetition chapter 13 expenses as of the following date:

　_____
　MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:　Describe Your Household

1. **Is this a joint case?**

   - [ ] No. Go to line 2.
   - [x] Yes. **Does Debtor 2 live in a separate household?**
     - [x] No
     - [ ] Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   - [ ] No
   - [x] Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 15 years | ☐ No ☒ Yes |
| Daughter | 5 years | ☐ No ☒ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   - [x] No
   - [ ] Yes

## Part 2:　Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

　　　　　　　　　　　　　　　　　　　　　　　　　　　**Your expenses**

4. **The rental or home ownership expenses for your residence.**　　4.　_____ **$1,260.00**
   Include first mortgage payments and any rent for the ground or lot.

   **If not included in line 4:**

   4a.　Real estate taxes　　　　　　　　　　　　　　　　　4a.　_____

   4b.　Property, homeowner's, or renter's insurance　　　　　4b.　_____ **$41.00**

   4c.　Home maintenance, repair, and upkeep expenses　　　　4c.　_____

   4d.　Homeowner's association or condominium dues　　　　4d.　_____

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**                                    Case number (if known)   **19-36682**

| | | | | Your expenses |
|---|---|---|---|---|

5.   **Additional mortgage payments for your residence,** such as home equity loans   5.   _____

6.   **Utilities:**

   6a.   Electricity, heat, natural gas   6a.   **$285.00**

   6b.   Water, sewer, garbage collection   6b.   **$78.00**

   6c.   Telephone, cell phone, Internet, satellite, and cable services   6c.   **$298.00**

   6d.   Other.  Specify: _____   6d.   _____

7.   **Food and housekeeping supplies**   7.   **$850.00**

8.   **Childcare and children's education costs**   8.   **$75.00**

9.   **Clothing, laundry, and dry cleaning**   9.   **$145.00**

10.   **Personal care products and services**   10.   **$95.00**

11.   **Medical and dental expenses**   11.   **$65.00**

12.   **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments.   12.   **$395.00**

13.   **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.   **$60.00**

14.   **Charitable contributions and religious donations**   14.   _____

15.   **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance   15a.   _____

   15b.   Health insurance   15b.   _____

   15c.   Vehicle insurance   15c.   **$271.00**

   15d.   Other insurance.  Specify: _____   15d.   _____

16.   **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____   16.   _____

17.   **Installment or lease payments:**

   17a.   Car payments for Vehicle 1   **Vehicle payment (1)**   17a.   **$398.00**

   17b.   Car payments for Vehicle 2   **Vehicle payment (2)**   17b.   **$368.00**

   17c.   Other.  Specify: _____   17c.   _____

   17d.   Other.  Specify: _____   17d.   _____

18.   **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**   18.   **$988.00**

   **Child support**

19.   **Other payments you make to support others who do not live with you.**
Specify: _____   19.   _____

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                      Case number (if known)  **19-36682**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** **Other.**  Specify: _____    21. **+** _____

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$5,672.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$5,672.00** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$5,693.70** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | **−** **$5,672.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$21.70** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here:
          **None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bryan** | **L.O.** | **Ardoin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Denise** | **Scott** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **19-36682**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | **$0.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | **$73,170.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | **$73,170.00** |

## Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$36,087.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$52,110.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$267,028.00** |
| | **Your total liabilities** | **$355,225.00** |

## Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.............................................................. | **$5,693.70** |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................. | **$5,672.00** |

Debtor 1    **Bryan L.O. Ardoin**

Debtor 2    **Sherry Denise Scott**

Case number (if known)   **19-36682**

---

## Part 4:    Answer These Questions for Administrative and Statistical Records

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

**7.    What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

| | **$6,250.16** |
|---|---|

**9.    Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a.   Domestic support obligations.  (Copy line 6a.) | $11,988.00 |
| 9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.) | $40,122.00 |
| 9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | $0.00 |
| 9d.   Student loans.  (Copy line 6f.) | $0.00 |
| 9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | $0.00 |
| 9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + $0.00 |
| 9g.   **Total.**  Add lines 9a through 9f. | $52,110.00 |

---

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Bryan** | **L.O.** | **Ardoin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Denise** | **Scott** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **19-36682**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Bryan L.O. Ardoin** _____     X **/s/ Sherry Denise Scott** _____
Bryan L.O. Ardoin, Debtor 1                       Sherry Denise Scott, Debtor 2

Date **12/11/2019** _____     Date **12/11/2019** _____
MM / DD / YYYY                         MM / DD / YYYY

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Bryan** | **L.O.** | **Ardoin** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Sherry** | **Denise** | **Scott** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)  **19-36682**

☐ Check if this is an
   amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/19

**Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.**

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☒ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☐ No
   - ☒ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **4045 Treadway Rd Apt 2104** | From **2016** | **9922 W Montgomery Rd** | From **2012** |
| Number    Street | To **2018** | Number    Street | To **2018** |
| **Beaumont          TX** | | **Houston          TX    77088** | |
| City          State   ZIP Code | | City          State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☒ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes.  Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$64,585.00** | ☑ Wages, commissions, bonuses, tips | **$11,525.00** |
|  | ☐ Operating a business |  | ☑ Operating a business |  |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>                            YYYY | ☑ Wages, commissions, bonuses, tips | **$77,813.00** | ☑ Wages, commissions, bonuses, tips | **$16,331.00** |
|  | ☐ Operating a business |  | ☑ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>                            YYYY | ☑ Wages, commissions, bonuses, tips | **$69,858.00** | ☑ Wages, commissions, bonuses, tips | **$17,077.00** |
|  | ☐ Operating a business |  | ☑ Operating a business |  |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No
☐ Yes.  Fill in the details.

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor 1    **Bryan L.O. Ardoin**

Debtor 2    **Sherry Denise Scott**                                Case number (if known)   **19-36682**

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☒ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Arivo Acceptance** <br> Creditor's name | Monthly | $398.00 | $17,847.00 | ☐ Mortgage <br> ☒ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **102 W Motor Park Ave** <br> Number     Street | | | | |
| **Sandy**          **UT**    **84070** <br> City                State      ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Otr Fund I, Llc** <br> Creditor's name | Monthly | $368.00 | $18,240.00 | ☐ Mortgage <br> ☒ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| **1305 Wycliff Ave Ste 104** <br> Number     Street | | | | |
| **Dallas, TX, 75207-6212** | | | | |
| City                State      ZIP Code | | | | |

Debtor 1   **Bryan L.O. Ardoin**
Debtor 2   **Sherry Denise Scott**                                    Case number (if known)   **19-36682**

---

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
     *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

     ☑ No
     ☐ Yes. List all payments to an insider.

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

     Include payments on debts guaranteed or cosigned by an insider.

     ☑ No
     ☐ Yes. List all payments that benefited an insider.

### Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
     List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

     ☐ No
     ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | | Status of the case |
|---|---|---|---|---|
| **United Energy FCU vs Sherry Scott** | **Credit card debt lawsuit** | **In the Justice Court** <br> Court Name | | ☐ Pending |
| | | **Harris County, TX Prec 1, Place 2** <br> Number    Street | | ☐ On appeal |
| Case number  **171200284440** | | **1302 Preston Street** | | ☑ Concluded |
| | | **Houston** | **TX**    **77002** | |
| | | City | State    ZIP Code | |
| **Sanmore Investments vs Sherry Scott** | **Broken lease** | **In The County Civil Court No 4** <br> Court Name | | ☐ Pending |
| | | **201 Caroline/ Suite 540** <br> Number    Street | | ☐ On appeal |
| Case number  **1099051** | | | | ☑ Concluded |
| | | **Houston** | **TX**    **77002** | |
| | | City | State    ZIP Code | |
| **Bryan Ardoin v. City of Port Lavaca, Texas and Individually, Juan Obregon and John Does 1-2** | **Claim for damages stemming from the malice, gross incompetence and deliberate indifference of Defendants relating to the Public Intoxication arrest of Bryan Ardoin on August 27, 2018.** | **United States District Court, Southern District of Texas, Houston Division** <br> Court Name | | ☑ Pending |
| | | **515 Rusk** <br> Number    Street | | ☐ On appeal |
| Case number  _____ | | | | ☐ Concluded |
| | | **Houston** | **TX**    **77002** | |
| | | City | State    ZIP Code | |

| Debtor 1 | **Bryan L.O. Ardoin** | | |
|---|---|---|---|
| Debtor 2 | **Sherry Denise Scott** | Case number (if known) | **19-36682** |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

<h2 style="background:black;color:white">Part 5:   List Certain Gifts and Contributions</h2>

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes.  Fill in the details for each gift or contribution.

<h2 style="background:black;color:white">Part 6:   List Certain Losses</h2>

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                              Case number (if known)   **19-36682**

| **Part 7:** | **List Certain Payments or Transfers** |
| --- | --- |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| **Christopher Todd Morrison, P.C.** |  |  |  |
| Person Who Was Paid |  |  |  |
| **1306 Dorothy Street** |  | **09/05/2019** | **$999.00** |
| Number     Street |  |  |  |
|  |  |  |  |
| **Houston          TX     77008** |  |  |  |
| City          State    ZIP Code |  |  |  |
|  |  |  |  |
| Email or website address |  |  |  |
|  |  |  |  |
| Person Who Made the Payment, if Not You |  |  |  |

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| **Abacus** |  |  |  |
| Person Who Was Paid |  |  |  |
|  |  | **11/2019** | **$25.00** |
| Number     Street |  |  |  |
|  |  |  |  |
| **Houston          TX** |  |  |  |
| City          State    ZIP Code |  |  |  |
|  |  |  |  |
| Email or website address |  |  |  |
|  |  |  |  |
| Person Who Made the Payment, if Not You |  |  |  |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                     Case number (if known)    **19-36682**

**18.**  **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.**  **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.**  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.**  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.**  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23.**  **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Bryan L.O. Ardoin**
Debtor 2    **Sherry Denise Scott**                                    Case number (if known)   **19-36682**

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

25.  **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

| | **Describe the nature of the business** | **Employer Identification number** |
|---|---|---|
| **dba Glitter & Shimmer Event Service** | Part time event planner | Do not include Social Security number or ITIN. |
| Business Name | | |
| | | EIN: **4   7 – 5   5   3   5   8   8   7** |
| **14340 Wallisville Rd Apt 200** | **Name of accountant or bookkeeper** | |
| Number    Street | | **Dates business existed** |
| | | |
| **Houston            TX    77049** | | From    **2004**    To    **Present** |
| City            State   ZIP Code | | |

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes.  Fill in the details below.

| Part 12: | Sign Below |
|---|---|

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Bryan L.O. Ardoin**                      X **/s/ Sherry Denise Scott**

Bryan L.O. Ardoin, Debtor 1                   Sherry Denise Scott, Debtor 2

Date   **12/11/2019**                              Date   **12/11/2019**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bryan**<br>First Name | **L.O.**<br>Middle Name | **Ardoin**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Sherry**<br>First Name | **Denise**<br>Middle Name | **Scott**<br>Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)    **19-36682**

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**

- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Hold Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Arivo Acceptance**<br><br>Description of property securing debt: **2015 Kia Optima** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |
| Creditor's name: **OTR Fund I, LLC**<br><br>Description of property securing debt: **2010 Toyota 4 Runner** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

Debtor 1   **Bryan L.O. Ardoin**

Debtor 2   **Sherry Denise Scott**

Case number (if known)   **19-36682**

## Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

Lessor's name:   **Bella Vista Apts**

Description of leased   **Apartment complex lease**
property:

**Will this lease be assumed?**

☐ No

☑ Yes

## Part 3:   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Bryan L.O. Ardoin**

Bryan L.O. Ardoin, Debtor 1

Date  **12/11/2019**
MM / DD / YYYY

X **/s/ Sherry Denise Scott**

Sherry Denise Scott, Debtor 2

Date  **12/11/2019**
MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

|   |       |                     |
|---|-------|---------------------|
|   | $245  | filing fee          |
|   | $75   | administrative fee  |
| + | $15   | trustee surcharge   |
|   | $335  | total fee           |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount.  You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7.  This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2).  The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors.  If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code.  If a motion is filed, the court will decide if your case should be dismissed.  To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property.  The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.*  Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic.  To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C).  If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11:  Reorganization

|   |         |                    |
|---|---------|--------------------|
|   | $1,167  | filing fee         |
| + | $550    | administrative fee |
|   | $1,717  | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals.  The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

<div style="border: 1px solid black; padding: 10px;">

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms .html#procedure.

</div>

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/Bankru ptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Bryan L.O. Ardoin**
      **Sherry Denise Scott**

Case No.  **19-36682**_____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................Fixed Fee:    **$999.00**

Prior to the filing of this statement I have received.......................................................    **$999.00**

Balance Due.............................................................................................................    **$0.00**

2. The source of the compensation paid to me was:
    ☑ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☑ Debtor    ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

  b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

  c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**12/11/2019**                          **/s/ Christopher Morrison**
*Date*                                  *Christopher Morrison*                    Bar No.  24010250
                                        Christopher Todd Morrison P.C.
                                        1306 Dorothy St.
                                        Houston, TX 77008
                                        Phone: (713) 863-1001 / Fax: (713) 863-0024

---

**/s/ Bryan L.O. Ardoin**                         **/s/ Sherry Denise Scott**
*Bryan L.O. Ardoin*                               *Sherry Denise Scott*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Bryan L.O. Ardoin**
         **Sherry Denise Scott**

CASE NO  **19-36682**

CHAPTER  **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  <u>12/11/2019</u>                Signature  <u>/s/ Bryan L.O. Ardoin</u>
                                                 *Bryan L.O. Ardoin*

Date  <u>12/11/2019</u>                Signature  <u>/s/ Sherry Denise Scott</u>
                                                 *Sherry Denise Scott*

Ace Cash Advance
1919 Blanding Blvd
Jacksonville, FL 32210


Ace Cash Express
1231 Greenway Plza #700
Irving, TX 75038


Ace Cash Express
3634 Garth Rd
Baytown, TX 77521


ACS Primary Care
3585 Ridge Park Dr.
Akron, OH 44333-8203


Ad Astra Recovery Serv
7330 W 33rd Street North
Wichita, KS 67205


Advance America
12637 Westheimer Ste 200
Houston, TX 77077


Advance America
453 Uvalde Rd.
Houston, TX 77015


AFJ Systems Inc
PO Box 940694
Houston, TX 77094


Akron Billing Center
3585 Ridge Park Drive
Akron, OH 44333

Albert Coleman
7529 Sundown Dr
Houston, TX 77028


Allied Interstate
PO Box 361597
Columbus, OH 43236-1598


Allied Interstate
3200 Northline Ave., Suite 160
Greensboro, NC 27408


Allstate Auto Insurance
1514 FM #529
Houston, TX 77095


Allstate County Mutual Ins
PO Box 55126
Boston, MA 02205-0269


Alltran Financial LP
PO Box 4044
Concord, CA 94524-4044


Alltran Financial LP
PO Box 610
Sauk Rapids, MN 56379


Ambit
PO Box 660462
Dallas, TX 75266-0462


American Credit Acceptance
961 E Main St
Spartanburg, SC 29302

American Credit Acceptance
961 E. Main St. 2nd Floor
Spartanburg, SC 29302


Amigo Energy
777 Post Oak Blvd., Ste 700
Houston, TX 77056


ARA
PO Box 5002
Villa Park, IL 60181


ARA
PO Box 4009
Shcaumbur, IL 60168-4009


Arivo Acceptance
102 W Motor Park Ave
Sandy, UT 84070


Ars Account Resolution
1643 Nw 136 Ave Ste 100
Sunrise, FL 33323


Ashlee Johnson (DSO)
1116 Duff Dr
Port Arthur, TX 77642


AT & T
PO Box 5014
Carol Stream, IL 60197-5014


AT&T
PO Box 78225
Phoenix, AZ 85062-8225

```
Attorney General
Phillip Emerson, AAG
6161 Savoy, Suite 320
Houston, TX 77036


Bank of America
PO Box 660933
Dallas, TX 75266-0933



Bank of America
PO Box 2759
Jacksonville, FL 32203-2759



Baptist Hospital
3080 College St
Beaumont, TX 77701



BBVA Compass Bank
21015 Kuykendahl
Spring, TX 77379



BBVA Compass Bank
PO Box 10566
Birmingham, AL 35296



Bella Vista Apts
2700 Daisy Ashford
Houston, TX 77082



Bella Vista Apts
Houston, TX



Bridge Crest
PO Box 53087
Phoeniz, AZ 85072-3087
```

Brilliant Energy Elect
800 Wilcrest Dr Suite 109
Houston, TX 77042


Cac Financial Corp
2601 Nw Expwy
Oklahoma City, OK 73112


Cash Call Inc
1600 S Douglas Road
Anaheim, CA 92806


Cash Store
1901 Gateway Dr., Ste 200
Irving, TX 75038


Cash Store
12626 Woodforest  Suite A
Houston, TX 77015


Centerpoint Energy
PO Box 1700
Houston, TX 77251


Centerpoint Energy Srv
Po Box 1700
Houston, TX 77251


Central Credit Services LLC
PO Box 1898
Saint Charles, MO 63302-1898


Ces/panhandl
C/o Acs
Utica, NY 13501

Change Happens CDC
3353 Elgin St
Houston, TX 77004


Chase Bank
PO Box 19600
Houston, TX 77224-9600


Choice Recovery
1550 Old Henderson Rd St
Columbus, OH 43220


Christus Medical Group
PO Box 844757
Dallas, TX 75284-4757


Christus St Joseph
2830 Calder Ave
Beaumont, TX 77702


Christus St. Joseph Hospital
P.O. Box 840963
Dallas, TX 75284


CKS Financial
PO Box 2856
Chesapeake, VA 23327-2856


Cmre. 877-572-7555
3075 E Imperial Hwy Ste
Brea, CA 92821


College Street Used Cars
8390 College St
Beaumont, TX 77707

Collins Asset Group
5725 Hwy. 290 W., Ste. 103
Austin, TX 78735


Comcast
PO Box 660618
Dallas, TX 75266-0618


Compass Bank
PO Box 192
Birmingham, AL 35201


Compass Point Emerg Phys
PO Box 99099
Las Vegas, NV 89193-9085


Conn's Appliances, Inc.
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-1245


Convergent Outsourcing
Po Box 9004
Renton, WA 98057


Credit Collection Serv
2 Wells Ave
Newton, MA 02459


Credit Collection Serv
725 Canton Street
Norwood, MA 02062


Credit Management Control
PO Box 1408
Racine, WI 53401-1408

Dept of Education / Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


Diane Trautman, County Clerk
County Civil Court at Law No 1
201 Caroline, Suite 300
Houston, TX 77002


Direct Energy
PO Box 660300
Dallas, TX 75266-0300


Dr Mehuran Huque
2019 Shaver St
Pasadena, TX 77502


Drive Time
6335 Southwest Freeway
Houston, TX 77074


Entergy
PO Box 60138
New Orleans, LA 70160-0138


Enterprise Rent-A-Car
PO Box 842442
Dallas, TX 75284


Enterprise Rent-A-Car
1206 N Memorial Fwy
Nederland, TX 77627


Entrust Energy
PO Box 731396
Dallas, TX 75373-1396

ERC
PO Box 23870
Jacksonville, FL 32241-3870


Eronn A. Putman
2311 Canal Street Suite 126
Houston, TX 77003


Excellence Emergency Room
15119 Wallisville Rd #100
Houston, TX 77049


Farmers
PO Box 660665
Dallas, TX 75266


Farmers Insurance
PO Box 149226
Austin, TX 78714-9226


Fed Loan Serv
Pob 60610
Harrisburg, PA 17106


Financial Corportation of America
PO Box 203600
Austin, TX 78720-3600


First Cash Advance
4299 Highway One  Ste A-1
Rehoboth Beach, DE 19971


First Cash Advance
11631 SW Freeway, Ste 2
Houston, TX 77031

First Collection Service
10925 Otter Creek E Blvd
Mabelvale, AR 72103-1661


First Convenience Bank
10411 North Freeway
Houston, TX 77037


First Convience Bank
PO Box 937
Killeen, TX 76540-0937


Fitness Connection
PO Box 680768
Houston, TX 77268-0768


FMA Alliance, Ltd.
12339 Cutten Road
Houston, TX 77066


Geico County Mutual
PO Box 55126
Boston, MA 02205-5126


GEXA Energy
20 Greenway Plaza, Ste 600
Housotn, TX 77046


Glass Mountain Capital LLC
1930 Thoreau Dr. Ste 100
Schaumburg, IL 60173


Greater Houston Emergency
PO Box 200211
Houston, TX 77216

Green Mountain Energy
PO Box 660305
Dallas, TX 75266-0305


Guarantee Loan
4310 OST Suite E
Houston, TX 77021


Guarantee Loan Service
2211 Spencer Hwy Ste C
Pasadena, TX 77504


Gulf Credit Union
5140 W Parkway St
Groves, TX 77619


Gulf Imaging Assoc
PO Box 4346  Dept 864
Houston, TX 77210


HCA Houston Med Cntr
PO Box 740785
Cincinnatti, OH 45274-0785


Hillcrest Davidson & A
715 N Glenville Dr Ste 4
Richardson, TX 75081


Home Furniture
PO Box 6254
Carol Stream, IL 60197-6254


Home Furniture
2230 FM 365
Nederland, TX 77627

Houston Healthcare SE
PO Box 406787
Atlanta, GA 30384


HRRG
PO Box 459080
Sunrise, FL 33345-9080


HRRG
PO Box 5406
Cincinnatti, OH 45273-1942


IC Systems
444 E Hwy 96
St Paul, MN 55127


In The County Civil Court No 4
201 Caroline/ Suite 540
Houston, TX 77002


In the Justice Court
Harris County, TX Prec 1, Place 2
1302 Preston Street
Houston, TX 77002


Infinity County Mutual Insurance
5205 N O'Conner Blbd
Suite 70
Irving, TX 75039


IRS
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


John C Stennis Mem Hospital
14365 Hwy 16
Dekalb, MS 39328

JP Morgan Chase
7610 West Washington St.
Indianapolis, IN 46231


Just Energy
5333 Westheimer Rd #450
Houston, TX 77056


Liberty Power
1901 West Cypress Crk Rd Ste 600
Fort Lauderdale, FL 33309


Loanstar Finance
918 Mercury Dr
Houston, TX 77029


Loanstar Title Loans
2924 FM 365
Nederland, TX 77627


Lvnv Funding
PO Box 10497
Greenville, SC 29603


LVNV Funding LLC
PO Box 390846
Minneapolis, MN 55439


Mechanics Bank Fka Crb
Po Box 25805
Santa Ana, CA 92799


Memorial Hermann
PO Box 4370
Houston, TX 77210-4370

Memorial Hermann
PO Box 201367
Houston, TX 77216


MHHS
11800 Astoria Blvd.
Houston, TX 77089


Midwest Recovery Syste
514 Earth City Plaza
Earth City, MO 63045


Money & More Advance
1005 Terminal Way, Ste 110
Reno, NV 89502


Navient Solutions Inc
Po Box 9500
Wilkes Barre, PA 18773


NCJ
PO Box 3023
Hutchinson, KS 67504


Neches Federal Credit Union
1955 Dowlen Road
Beaumont, TX 77706


Nelnet Loans
Po Box 82561
Lincoln, NE 68501


New Start Auto
1000 N Central Expressway
Richardson, TX 75080

North Houston Pathology Assoc
714 FM 1960 W #206
Houston, TX 77090


North Houston Pathology Assoc.
PO Box 421809
Houston, TX 77242-1809


Northland Group
7831 Glen Roy Road, Suite 350
Edina, MN 55439-3133


Online Collections
Pob 1489
Winterville, NC 28590


OTR Fund
1305 Wycliff Ave Suite 140
Dallas, TX 75207


OTR Fund I, LLC
1305 Wycliff Ave Ste 104
Dallas, TX, 75207-6212


Paramount Recovery Sys
Po Box 23369
Waco, TX 76702


Payday Loan of America
105 Robino Court, Suite 409
Wilmington, DE 19804


Port Arthur Teachers FCU
3001 Jimmy Johnson Blvd
Port Arthur, TX 77642

Portfolio Recov Assoc
120 Corporate Blvd Ste 100
Norfolk, VA 23502


Power Finance
12605 East Fwy
Houston, TX 77015


Power Finance of TX
5301 Hollister Ste 100
Houston, TX 77040


Progressive County Mutual Ins.
Dept 0598
Carol Stream, IL 60132-0598


Public Storage
4401 S. Tammarac Pkwy Ste B-101
Denver, CO 80237


Recovery Service Bureau
PO Box 7369
Beaumont, TX 77726-7369


Reliant Energy
PO Box 3765
Houston, TX 77253-3765


Safeco Insurance Co
PO Box 5687
Denver, CO 80217


Sage Capital Recovery
1040 Kings Hwy N.
Cherry Hill, NJ 08034

Sequium Asset Solution
1130 Northchase Pkwy Se
Marietta, GA 30067


Settlers Cove Apts
4045 Tradway Rd
Beaumont, TX 77706


Shell FCU
301 E 13th St
Deer Park, TX 77536-3297


Shell FCU
PO Box 578
Deer Park, TX 77536


Sound Phys Emerg Med
PO Box 748996
Los Angeles, CA 90074


Southwest Credit Syste
4120 International Pkwy
Carrollton, TX 75007


Spectrum
1460 Calder Ave
Beaumont, TX 77702


Sprint PCS
PO Box 361743
Columbus, OH 43236-1743


Sprint PCS
PO Box 3427
Bloomington, IL 61072

Sprint Wireless
PO Box 4191
Winfield, IL 60190-7000


State Farm
8900 Amberglen Blvd
Austin, TX 78729-1110


Stream Energy
P.O. Box 192746
Dallas, TX 75219


Synergy Radiology Assoc
PO Box 88087
Chicago, IL 60680-1087


T-Mobile
PO Box 742596
Cincinnati, OH 45274


Texan Credit
Po Box 130
Timpson, TX 75975


Texas Children's Urgent Care
PO Box 847116
Dallas, TX 75284


The Avenue Apts
2900 Nederland Ave
Nedeland, TX 77627


The Medical Center SE TX
PO Box 27434
Salt Lake City, UT 84127

```
TLRA
PO Box 650647
Dept 518
Dallas, TX 75265-0647


TLRA
P.O. Box 650576
Dallas, TX 75265-0576



Triple A Auto Insurance
PO Box 25036
Santa Ana, CA 92799-5036



TXU Electric
PO Box 660409
Dallas, TX 75266-0409



United Energy Cu
8790 Fm 1960 Bypass Rd W
Humble, TX 77338



United Energy CU
PO Box 815909
Dallas, TX 75381-5909



Us Dep Ed
Po Box 5609
Greenville, TX 75403



USAA Insurance Co
PO Box 33490
San Antonio, TX 78265



Verizon Wireless
National Recovery Operations
Minneapolis, MN 55426
```

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Villas at Colt Run
7600 East Houston Road
Houston, TX 77028

Virtuoso Sourcing Grou
4500 Cherry Creek Drive South
Denver, CO 80246

Wells Fargo
PO Box 93399
Albuquequer, NM 87199-3399

Wells Fargo
1102 E Admiral Doyle Dr 7
New Iberia, LA 70560

West Law Group PLLC
957 NASA Parkway #503
Houston, TX 77058

West Law Group PLLC
James West
10223 Broadway, Suite P553
Pearland, TX 77584

Woodforest Bank
PO Box 24459
Houston, TX 77229

World Finance
3926 Avenue H #24
Rosenberg, TX 77471

World Finance
2231 Center St  Suite C
Deer Park, TX 77536


World Finance Corporat
3226 Nogalitos Ste 102
San Antonio, TX 78225

*Christopher Morrison, Bar No. 24010250*
*Christopher Todd Morrison P.C.*
*1306 Dorothy St.*
*Houston, TX 77008*
*(713) 863-1001*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*

*HOUSTON DIVISION*

In re:                                         Case No.:  **19-36682**

**Bryan L.O. Ardoin** _____          SSN:  **xxx-xx-0848**

**Sherry Denise Scott** _____          SSN:  **xxx-xx-2592**

Debtor(s)

Address:                                        ## Numbered Listing of Creditors

**14340 Wallisville Road Apt 2310**             Chapter:   **7**

**Houston, TX 77049**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  Ace Cash Advance<br>1919 Blanding Blvd<br>Jacksonville, FL 32210 | Unsecured Claim | $0.00 |
| 2.  Ace Cash Express<br>1231 Greenway Plza #700<br>Irving, TX 75038 | Unsecured Claim | $0.00 |
| 3.  Ace Cash Express<br>3634 Garth Rd<br>Baytown, TX 77521 | Unsecured Claim | $0.00 |
| 4.  ACS Primary Care<br>3585 Ridge Park Dr.<br>Akron, OH 44333-8203 | Unsecured Claim | $0.00 |
| 5.  Ad Astra Recovery Serv<br>7330 W 33rd Street North<br>Wichita, KS 67205<br>xxx0916 | Unsecured Claim | $1,762.00 |
| 6.  Advance America<br>12637 Westheimer Ste 200<br>Houston, TX 77077 | Unsecured Claim | $0.00 |

in re:  **Bryan L.O. Ardoin**                                                                **19-36682**

Debtor                                                                Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.  Advance America<br>453 Uvalde Rd.<br>Houston, TX 77015 | Unsecured Claim | $0.00 |
| 8.  AFJ Systems Inc<br>PO Box 940694<br>Houston, TX 77094 | Unsecured Claim | $0.00 |
| 9.  Akron Billing Center<br>3585 Ridge Park Drive<br>Akron, OH 44333 | Unsecured Claim | $0.00 |
| 10.  Albert Coleman<br>7529 Sundown Dr<br>Houston, TX 77028 | Unsecured Claim | $5,400.00 |
| 11.  Allied Interstate<br>PO Box 361597<br>Columbus, OH 43236-1598 | Unsecured Claim | $0.00 |
| 12.  Allied Interstate<br>3200 Northline Ave., Suite 160<br>Greensboro, NC 27408 | Unsecured Claim | $0.00 |
| 13.  Allstate Auto Insurance<br>1514 FM #529<br>Houston, TX 77095 | Unsecured Claim | $0.00 |
| 14.  Allstate County Mutual Ins<br>PO Box 55126<br>Boston, MA 02205-0269 | Unsecured Claim | $0.00 |
| 15.  Alltran Financial LP<br>PO Box 4044<br>Concord, CA 94524-4044 | Unsecured Claim | $0.00 |

in re:   **Bryan L.O. Ardoin**                                                                                    **19-36682**

Debtor                                                                              Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 16. Alltran Financial LP<br>PO Box 610<br>Sauk Rapids, MN 56379 | Unsecured Claim | $0.00 |
| 17. Ambit<br>PO Box 660462<br>Dallas, TX 75266-0462 | Unsecured Claim | $215.00 |
| 18. American Credit Acceptance<br>961 E Main St<br>Spartanburg, SC 29302<br>xxxxxxxxxxxxx1001 | Unsecured Claim | $7,585.00 |
| 19. American Credit Acceptance<br>961 E. Main St. 2nd Floor<br>Spartanburg, SC 29302 | Unsecured Claim | $0.00 |
| 20. Amigo Energy<br>777 Post Oak Blvd., Ste 700<br>Houston, TX 77056 | Unsecured Claim | $0.00 |
| 21. ARA<br>PO Box 5002<br>Villa Park, IL 60181 | Unsecured Claim | $0.00 |
| 22. ARA<br>PO Box 4009<br>Shcaumbur, IL 60168-4009 | Unsecured Claim | $0.00 |
| 23. Arivo Acceptance<br>102 W Motor Park Ave<br>Sandy, UT 84070<br>xx9351 | Secured Claim | $17,847.00 |
| 24. Ars Account Resolution<br>1643 Nw 136 Ave Ste 100<br>Sunrise, FL 33323<br>xxxx1886 | Unsecured Claim | $693.00 |

in re:  **Bryan L.O. Ardoin**                                              **19-36682**

Debtor                                                                Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. Ars Account Resolution<br>1643 Nw 136 Ave Ste 100<br>Sunrise, FL 33323<br>xxxx6252 | Unsecured Claim | $457.00 |
| 26. Ashlee Johnson (DSO)<br>1116 Duff Dr<br>Port Arthur, TX 77642 | Priority Claim | $0.00 |
| 27. AT & T<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | Unsecured Claim | $0.00 |
| 28. AT&T<br>PO Box 78225<br>Phoenix, AZ 85062-8225 | Unsecured Claim | $0.00 |
| 29. Attorney General<br>Phillip Emerson, AAG<br>6161 Savoy, Suite 320<br>Houston, TX 77036 | Priority Claim | $11,988.00 |
| 30. Bank of America<br>PO Box 660933<br>Dallas, TX 75266-0933 | Unsecured Claim | $0.00 |
| 31. Bank of America<br>PO Box 2759<br>Jacksonville, FL 32203-2759 | Unsecured Claim | $0.00 |
| 32. Baptist Hospital<br>3080 College St<br>Beaumont, TX 77701 | Unsecured Claim | $75.00 |
| 33. BBVA Compass Bank<br>21015 Kuykendahl<br>Spring, TX 77379 | Unsecured Claim | $0.00 |

in re:  **Bryan L.O. Ardoin**         **19-36682**

<table>
<tr><td colspan="2">Debtor</td><td>Case No. (if known)</td></tr>
</table>

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34.   BBVA Compass Bank<br>PO Box 10566<br>Birmingham, AL 35296 | Unsecured Claim | $595.00 |
| 35.   Bella Vista Apts<br>2700 Daisy Ashford<br>Houston, TX 77082 | Unsecured Claim | $0.00 |
| 36.   Bridge Crest<br>PO Box 53087<br>Phoeniz, AZ 85072-3087 | Unsecured Claim | $0.00 |
| 37.   Brilliant Energy Elect<br>800 Wilcrest Dr Suite 109<br>Houston, TX 77042 | Unsecured Claim | $320.00 |
| 38.   Cac Financial Corp<br>2601 Nw Expwy<br>Oklahoma City, OK 73112<br>xxxx1865 | Unsecured Claim | $873.00 |
| 39.   Cac Financial Corp<br>2601 Nw Expwy<br>Oklahoma City, OK 73112<br>xxxx0638 | Unsecured Claim | $814.00 |
| 40.   Cash Call Inc<br>1600 S Douglas Road<br>Anaheim, CA 92806 | Unsecured Claim | $0.00 |
| 41.   Cash Store<br>1901 Gateway Dr., Ste 200<br>Irving, TX 75038 | Unsecured Claim | $0.00 |
| 42.   Cash Store<br>12626 Woodforest  Suite A<br>Houston, TX 77015 | Unsecured Claim | $0.00 |

in re:  **Bryan L.O. Ardoin** | **19-36682**
---|---

Debtor | Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43. Centerpoint Energy<br>PO Box 1700<br>Houston, TX 77251 | Unsecured Claim | $0.00 |
| 44. Centerpoint Energy Srv<br>Po Box 1700<br>Houston, TX 77251<br>xxxxxxxxxxxxxxxxxx6054 | Unsecured Claim | $114.00 |
| 45. Central Credit Services LLC<br>PO Box 1898<br>Saint Charles, MO 63302-1898 | Unsecured Claim | $0.00 |
| 46. Ces/panhandl<br>C/o Acs<br>Utica, NY 13501<br>xxxxxx5921 | Unsecured Claim | $0.00 |
| 47. Change Happens CDC<br>3353 Elgin St<br>Houston, TX 77004 | Unsecured Claim | $232.00 |
| 48. Chase Bank<br>PO Box 19600<br>Houston, TX 77224-9600 | Unsecured Claim | $0.00 |
| 49. Choice Recovery<br>1550 Old Henderson Rd St<br>Columbus, OH 43220<br>xxxx6491 | Unsecured Claim | $300.00 |
| 50. Christus Medical Group<br>PO Box 844757<br>Dallas, TX 75284-4757 | Unsecured Claim | |
| 51. Christus St Joseph<br>2830 Calder Ave<br>Beaumont, TX 77702 | Unsecured Claim | $758.00 |

in re:  **Bryan L.O. Ardoin**                                                                              **19-36682**

Debtor                                                                          Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52.  Christus St. Joseph Hospital<br>P.O. Box 840963<br>Dallas, TX 75284 | Unsecured Claim | $0.00 |
| 53.  CKS Financial<br>PO Box 2856<br>Chesapeake, VA 23327-2856 | Unsecured Claim | $0.00 |
| 54.  Cmre. 877-572-7555<br>3075 E Imperial Hwy Ste<br>Brea, CA 92821<br>xxxxxxxxxxxxxxx2104 | Unsecured Claim | $1,226.00 |
| 55.  College Street Used Cars<br>8390 College St<br>Beaumont, TX 77707 | Unsecured Claim | $4,000.00 |
| 56.  Collins Asset Group<br>5725 Hwy. 290 W., Ste. 103<br>Austin, TX 78735 | Unsecured Claim | $0.00 |
| 57.  Comcast<br>PO Box 660618<br>Dallas, TX 75266-0618 | Unsecured Claim | $222.00 |
| 58.  Compass Bank<br>PO Box 192<br>Birmingham, AL 35201 | Unsecured Claim | $0.00 |
| 59.  Compass Point Emerg Phys<br>PO Box 99099<br>Las Vegas, NV 89193-9085 | Unsecured Claim | $57.00 |
| 60.  Conn's Appliances, Inc.<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-1245<br>xxxxx1530 | Unsecured Claim | $0.00 |

in re: **Bryan L.O. Ardoin**                                             **19-36682**

Debtor                                                           Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 61. Convergent Outsourcing<br>Po Box 9004<br>Renton, WA 98057 | Unsecured Claim | $0.00 |
| 62. Credit Collection Serv<br>2 Wells Ave<br>Newton, MA 02459 | Unsecured Claim | $0.00 |
| 63. Credit Collection Serv<br>725 Canton Street<br>Norwood, MA 02062 | Unsecured Claim | $0.00 |
| 64. Credit Management Control<br>PO Box 1408<br>Racine, WI 53401-1408 | Unsecured Claim | $0.00 |
| 65. Dept of Education / Sallie Mae<br>Po Box 9635<br>Wilkes Barre, PA 18773<br>xxxxxxxxxxxxxxxxxx0223 | Unsecured Claim | $0.00 |
| 66. Diane Trautman, County Clerk<br>County Civil Court at Law No 1<br>201 Caroline, Suite 300<br>Houston, TX 77002 | Unsecured Claim | $0.00 |
| 67. Direct Energy<br>PO Box 660300<br>Dallas, TX 75266-0300 | Unsecured Claim | $0.00 |
| 68. Dr Mehuran Huque<br>2019 Shaver St<br>Pasadena, TX 77502 | Unsecured Claim | $5,000.00 |
| 69. Drive Time<br>6335 Southwest Freeway<br>Houston, TX 77074 | Unsecured Claim | $2,550.00 |

in re:   **Bryan L.O. Ardoin**                                                                     **19-36682**

_____          _____
Debtor                                                                Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 70.  Entergy<br>PO Box 60138<br>New Orleans, LA 70160-0138 | Unsecured Claim | $125.00 |
| 71.  Enterprise Rent-A-Car<br>PO Box 842442<br>Dallas, TX 75284 | Unsecured Claim | $0.00 |
| 72.  Enterprise Rent-A-Car<br>1206 N Memorial Fwy<br>Nederland, TX 77627 | Unsecured Claim | $500.00 |
| 73.  Entrust Energy<br>PO Box 731396<br>Dallas, TX 75373-1396 | Unsecured Claim | $0.00 |
| 74.  ERC<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | Unsecured Claim | $0.00 |
| 75.  Eronn A. Putman<br>2311 Canal Street Suite 126<br>Houston, TX 77003 | Unsecured Claim | $0.00 |
| 76.  Excellence Emergency Room<br>15119 Wallisville Rd #100<br>Houston, TX 77049 | Unsecured Claim | $252.00 |
| 77.  Farmers<br>PO Box 660665<br>Dallas, TX 75266 | Unsecured Claim | $0.00 |
| 78.  Farmers Insurance<br>PO Box 149226<br>Austin, TX 78714-9226 | Unsecured Claim | $0.00 |

in re:   **Bryan L.O. Ardoin**                                                                    **19-36682**

Debtor                                                                    Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 79.    Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA 17106<br>xxxxxxxxxxxxx0002 | Unsecured Claim | $182,232.00 |
| 80.    Financial Corportation of America<br>PO Box 203600<br>Austin, TX 78720-3600 | Unsecured Claim | $0.00 |
| 81.    First Cash Advance<br>4299 Highway One  Ste A-1<br>Rehoboth Beach, DE 19971 | Unsecured Claim | $0.00 |
| 82.    First Cash Advance<br>11631 SW Freeway, Ste 2<br>Houston, TX 77031 | Unsecured Claim | $0.00 |
| 83.    First Collection Service<br>10925 Otter Creek E Blvd<br>Mabelvale, AR 72103-1661 | Unsecured Claim | $0.00 |
| 84.    First Collection Service<br>10925 Otter Creek E Blvd<br>Mabelvale, AR 72103-1661 | Unsecured Claim | $0.00 |
| 85.    First Convenience Bank<br>10411 North Freeway<br>Houston, TX 77037 | Unsecured Claim | $0.00 |
| 86.    First Convience Bank<br>PO Box 937<br>Killeen, TX 76540-0937 | Unsecured Claim | $525.00 |
| 87.    Fitness Connection<br>PO Box 680768<br>Houston, TX 77268-0768 | Unsecured Claim | $123.00 |

in re:   **Bryan L.O. Ardoin**                                                                          **19-36682**

<div align="center">Debtor</div>                                                                        Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 88.  FMA Alliance, Ltd.<br>12339 Cutten Road<br>Houston, TX 77066 | Unsecured Claim | $0.00 |
| 89.  Geico County Mutual<br>PO Box 55126<br>Boston, MA 02205-5126 | Unsecured Claim | $0.00 |
| 90.  GEXA Energy<br>20 Greenway Plaza, Ste 600<br>Housotn, TX 77046 | Unsecured Claim | $0.00 |
| 91.  Glass Mountain Capital LLC<br>1930 Thoreau Dr. Ste 100<br>Schaumburg, IL 60173 | Unsecured Claim | $0.00 |
| 92.  Greater Houston Emergency<br>PO Box 200211<br>Houston, TX 77216 | Unsecured Claim | $0.00 |
| 93.  Green Mountain Energy<br>PO Box 660305<br>Dallas, TX 75266-0305 | Unsecured Claim | $0.00 |
| 94.  Guarantee Loan<br>4310 OST Suite E<br>Houston, TX 77021 | Unsecured Claim | $158.00 |
| 95.  Guarantee Loan Service<br>2211 Spencer Hwy Ste C<br>Pasadena, TX 77504<br>6200 | Unsecured Claim | $0.00 |
| 96.  Guarantee Loan Service<br>2211 Spencer Hwy Ste C<br>Pasadena, TX 77504<br>x8810 | Unsecured Claim | $300.00 |

in re:  **Bryan L.O. Ardoin**                                                                                   **19-36682**

Debtor                                                                          Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 97.  Guarantee Loan Service<br>2211 Spencer Hwy Ste C<br>Pasadena, TX 77504 | Unsecured Claim | $525.00 |
| 98.  Gulf Credit Union<br>5140 W Parkway St<br>Groves, TX 77619 | Unsecured Claim | $1,400.00 |
| 99.  Gulf Imaging Assoc<br>PO Box 4346  Dept 864<br>Houston, TX 77210 | Unsecured Claim | $209.00 |
| 100.  HCA Houston Med Cntr<br>PO Box 740785<br>Cincinnatti, OH 45274-0785 | Unsecured Claim | $0.00 |
| 101.  Hillcrest Davidson & A<br>715 N Glenville Dr Ste 4<br>Richardson, TX 75081<br>xxx2617 | Unsecured Claim | $268.00 |
| 102.  Home Furniture<br>PO Box 6254<br>Carol Stream, IL 60197-6254 | Unsecured Claim | $0.00 |
| 103.  Home Furniture<br>2230 FM 365<br>Nederland, TX 77627 | Unsecured Claim | $850.00 |
| 104.  Houston Healthcare SE<br>PO Box 406787<br>Atlanta, GA 30384 | Unsecured Claim | $252.00 |
| 105.  HRRG<br>PO Box 459080<br>Sunrise, FL 33345-9080 | Unsecured Claim | $0.00 |

in re:   **Bryan L.O. Ardoin**                                                                    **19-36682**

Debtor                                                                Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 106.  HRRG<br>PO Box 5406<br>Cincinnatti, OH 45273-1942 | Unsecured Claim | $0.00 |
| 107.  IC Systems<br>444 E Hwy 96<br>St Paul, MN 55127 | Unsecured Claim | $0.00 |
| 108.  In The County Civil Court No 4<br>201 Caroline/ Suite 540<br>Houston, TX 77002 | Unsecured Claim | $0.00 |
| 109.  In the Justice Court<br>Harris County, TX Prec 1, Place 2<br>1302 Preston Street<br>Houston, TX 77002 | Unsecured Claim | $0.00 |
| 110.  Infinity County Mutual Insurance<br>5205 N O'Conner Blbd<br>Suite 70<br>Irving, TX 75039 | Unsecured Claim | $0.00 |
| 111.  IRS<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority Claim | $40,122.00 |
| 112.  John C Stennis Mem Hospital<br>14365 Hwy 16<br>Dekalb, MS 39328 | Unsecured Claim | $17,450.00 |
| 113.  JP Morgan Chase<br>7610 West Washington St.<br>Indianapolis, IN 46231 | Unsecured Claim | $815.00 |
| 114.  Just Energy<br>5333 Westheimer Rd #450<br>Houston, TX 77056 | Unsecured Claim | $325.00 |

in re:   **Bryan L.O. Ardoin**                                                      **19-36682**

Debtor                                                          Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 115. Liberty Power<br>1901 West Cypress Crk Rd Ste 600<br>Fort Lauderdale, FL 33309 | Unsecured Claim | $252.00 |
| 116. Loanstar Finance<br>918 Mercury Dr<br>Houston, TX 77029 | Unsecured Claim | $786.00 |
| 117. Loanstar Title Loans<br>2924 FM 365<br>Nederland, TX 77627 | Unsecured Claim | $652.00 |
| 118. Lvnv Funding<br>PO Box 10497<br>Greenville, SC 29603 | Unsecured Claim | $0.00 |
| 119. LVNV Funding LLC<br>PO Box 390846<br>Minneapolis, MN 55439 | Unsecured Claim | $0.00 |
| 120. Mechanics Bank Fka Crb<br>Po Box 25805<br>Santa Ana, CA 92799<br>xxxxxxxxxxxxx1001 | Unsecured Claim | $0.00 |
| 121. Memorial Hermann<br>PO Box 4370<br>Houston, TX 77210-4370 | Unsecured Claim | $848.00 |
| 122. Memorial Hermann<br>PO Box 201367<br>Houston, TX 77216 | Unsecured Claim | $0.00 |
| 123. MHHS<br>11800 Astoria Blvd.<br>Houston, TX 77089 | Unsecured Claim | $0.00 |

in re:   **Bryan L.O. Ardoin**                                                                     **19-36682**

Debtor                                                          Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 124. Midwest Recovery Syste<br>514 Earth City Plaza<br>Earth City, MO 63045<br>xxxxxxxxxx1447 | Unsecured Claim | $688.00 |
| 125. Money & More Advance<br>1005 Terminal Way, Ste 110<br>Reno, NV 89502 | Unsecured Claim | $0.00 |
| 126. Navient Solutions Inc<br>Po Box 9500<br>Wilkes Barre, PA 18773<br>xxxxxxxxxxxxxxxxxx0824 | Unsecured Claim | $0.00 |
| 127. NCJ<br>PO Box 3023<br>Hutchinson, KS 67504 | Unsecured Claim | $255.00 |
| 128. Neches Federal Credit Union<br>1955 Dowlen Road<br>Beaumont, TX 77706 | Unsecured Claim | $941.00 |
| 129. Nelnet Loans<br>Po Box 82561<br>Lincoln, NE 68501<br>xxxxxxxxxx5799 | Unsecured Claim | $0.00 |
| 130. New Start Auto<br>1000 N Central Expressway<br>Richardson, TX 75080 | Unsecured Claim | $255.00 |
| 131. North Houston Pathology Assoc<br>714 FM 1960 W #206<br>Houston, TX 77090 | Unsecured Claim | $0.00 |
| 132. North Houston Pathology Assoc.<br>PO Box 421809<br>Houston, TX 77242-1809 | Unsecured Claim | $0.00 |

in re: **Bryan L.O. Ardoin**

**19-36682**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 133. Northland Group<br>7831 Glen Roy Road, Suite 350<br>Edina, MN 55439-3133 | Unsecured Claim | $0.00 |
| 134. Online Collections<br>Pob 1489<br>Winterville, NC 28590<br>xxxxxxxxxxxx7005 | Unsecured Claim | $1,912.00 |
| 135. Online Collections<br>Pob 1489<br>Winterville, NC 28590<br>xxxxxxxxxxxx1864 | Unsecured Claim | $809.00 |
| 136. Online Collections<br>Pob 1489<br>Winterville, NC 28590<br>xxxxxxxxxxxx6951 | Unsecured Claim | $729.00 |
| 137. OTR Fund<br>1305 Wycliff Ave Suite 140<br>Dallas, TX 75207 | Unsecured Claim | $3,752.00 |
| 138. OTR Fund I, LLC<br>1305 Wycliff Ave Ste 104<br>Dallas, TX, 75207-6212<br>xx5622 | Secured Claim | $18,240.00 |
| 139. Paramount Recovery Sys<br>Po Box 23369<br>Waco, TX 76702<br>xxxxxxxxxxxxxxxx7911 | Unsecured Claim | $819.00 |
| 140. Payday Loan of America<br>105 Robino Court, Suite 409<br>Wilmington, DE 19804 | Unsecured Claim | $0.00 |
| 141. Port Arthur Teachers FCU<br>3001 Jimmy Johnson Blvd<br>Port Arthur, TX 77642 | Unsecured Claim | $685.00 |

in re:  **Bryan L.O. Ardoin**                                                                          **19-36682**

_____              _____
Debtor                                                                          Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 142. Portfolio Recov Assoc<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502<br>xxxxxxxxxxxx8517 | Unsecured Claim | $0.00 |
| 143. Power Finance<br>12605 East Fwy<br>Houston, TX 77015 | Unsecured Claim | $0.00 |
| 144. Power Finance of TX<br>5301 Hollister Ste 100<br>Houston, TX 77040 | Unsecured Claim | $365.00 |
| 145. Progressive County Mutual Ins.<br>Dept 0598<br>Carol Stream, IL 60132-0598 | Unsecured Claim | $0.00 |
| 146. Public Storage<br>4401 S. Tammarac Pkwy Ste B-101<br>Denver, CO 80237 | Unsecured Claim | $0.00 |
| 147. Recovery Service Bureau<br>PO Box 7369<br>Beaumont, TX 77726-7369 | Unsecured Claim | $0.00 |
| 148. Reliant Energy<br>PO Box 3765<br>Houston, TX 77253-3765 | Unsecured Claim | $222.00 |
| 149. Safeco Insurance Co<br>PO Box 5687<br>Denver, CO 80217 | Unsecured Claim | $0.00 |
| 150. Sage Capital Recovery<br>1040 Kings Hwy N.<br>Cherry Hill, NJ 08034 | Unsecured Claim | $0.00 |

in re:   **Bryan L.O. Ardoin**                                                                     **19-36682**

Debtor                                                                    Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 151.  Sequium Asset Solution<br>1130 Northchase Pkwy Se<br>Marietta, GA 30067<br>xxxx2958 | Unsecured Claim | $3,592.00 |
| 152.  Settlers Cove Apts<br>4045 Tradway Rd<br>Beaumont, TX 77706 | Unsecured Claim | $1,155.00 |
| 153.  Shell FCU<br>301 E 13th St<br>Deer Park, TX 77536-3297 | Unsecured Claim | $917.00 |
| 154.  Shell FCU<br>PO Box 578<br>Deer Park, TX 77536 | Unsecured Claim | $0.00 |
| 155.  Sound Phys Emerg Med<br>PO Box 748996<br>Los Angeles, CA 90074 | Unsecured Claim | $28.00 |
| 156.  Southwest Credit Syste<br>4120 International Pkwy<br>Carrollton, TX 75007<br>xxxx1312 | Unsecured Claim | $146.00 |
| 157.  Spectrum<br>1460 Calder Ave<br>Beaumont, TX 77702 | Unsecured Claim | $125.00 |
| 158.  Sprint PCS<br>PO Box 361743<br>Columbus, OH 43236-1743 | Unsecured Claim | $0.00 |
| 159.  Sprint PCS<br>PO Box 3427<br>Bloomington, IL 61072 | Unsecured Claim | $0.00 |

in re:   **Bryan L.O. Ardoin**                                                                        **19-36682**

Debtor                                                                    Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 160.  Sprint Wireless<br>PO Box 4191<br>Winfield, IL 60190-7000 | Unsecured Claim | $326.00 |
| 161.  State Farm<br>8900 Amberglen Blvd<br>Austin, TX 78729-1110 | Unsecured Claim | $0.00 |
| 162.  Stream Energy<br>P.O. Box 192746<br>Dallas, TX 75219 | Unsecured Claim | $203.00 |
| 163.  Synergy Radiology Assoc<br>PO Box 88087<br>Chicago, IL 60680-1087 | Unsecured Claim | $27.00 |
| 164.  T-Mobile<br>PO Box 742596<br>Cincinnati, OH 45274 | Unsecured Claim | $325.00 |
| 165.  Texan Credit<br>Po Box 130<br>Timpson, TX 75975<br>784 | Unsecured Claim | $0.00 |
| 166.  Texas Children's Urgent Care<br>PO Box 847116<br>Dallas, TX 75284 | Unsecured Claim | $183.00 |
| 167.  The Avenue Apts<br>2900 Nederland Ave<br>Nedeland, TX 77627 | Unsecured Claim | $1,155.00 |
| 168.  The Medical Center SE TX<br>PO Box 27434<br>Salt Lake City, UT 84127 | Unsecured Claim | $678.00 |

in re:   **Bryan L.O. Ardoin**                                                                    **19-36682**

Debtor                                                                    Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 169. TLRA<br>PO Box 650647<br>Dept 518<br>Dallas, TX 75265-0647 | Unsecured Claim | $0.00 |
| 170. TLRA<br>P.O. Box 650576<br>Dallas, TX 75265-0576 | Unsecured Claim | $0.00 |
| 171. Triple A Auto Insurance<br>PO Box 25036<br>Santa Ana, CA 92799-5036 | Unsecured Claim | $0.00 |
| 172. TXU Electric<br>PO Box 660409<br>Dallas, TX 75266-0409 | Unsecured Claim | $0.00 |
| 173. United Energy Cu<br>8790 Fm 1960 Bypass Rd W<br>Humble, TX 77338<br>xxxxxxxxxxxx0143 | Unsecured Claim | $1,044.00 |
| 174. United Energy Cu<br>8790 Fm 1960 Bypass Rd W<br>Humble, TX 77338<br>xxxxxxxxxxxx0992 | Unsecured Claim | $475.00 |
| 175. United Energy Cu<br>8790 Fm 1960 Bypass Rd W<br>Humble, TX 77338<br>xxxxxxxxxxxx0792 | Unsecured Claim | $20.00 |
| 176. United Energy CU<br>PO Box 815909<br>Dallas, TX 75381-5909 | Unsecured Claim | $0.00 |
| 177. Us Dep Ed<br>Po Box 5609<br>Greenville, TX 75403<br>xxxxxxxxxxxx1899 | Unsecured Claim | $0.00 |

in re:  **Bryan L.O. Ardoin**                                                                                   **19-36682**

Debtor                                                                                                        Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 178.  USAA Insurance Co<br>PO Box 33490<br>San Antonio, TX 78265 | Unsecured Claim | $0.00 |
| 179.  Verizon Wireless<br>National Recovery Operations<br>Minneapolis, MN 55426<br>xxxxxxxxxx0001 | Unsecured Claim | $359.00 |
| 180.  Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | Unsecured Claim | $0.00 |
| 181.  Villas at Colt Run<br>7600 East Houston Road<br>Houston, TX 77028 | Unsecured Claim | $1,222.00 |
| 182.  Virtuoso Sourcing Grou<br>4500 Cherry Creek Drive South<br>Denver, CO 80246<br>xxx4977 | Unsecured Claim | $206.00 |
| 183.  Wells Fargo<br>PO Box 93399<br>Albuquequer, NM 87199-3399 | Unsecured Claim | $0.00 |
| 184.  Wells Fargo<br>1102 E Admiral Doyle Dr 7<br>New Iberia, LA 70560 | Unsecured Claim | $0.00 |
| 185.  West Law Group PLLC<br>957 NASA Parkway #503<br>Houston, TX 77058 | Unsecured Claim | $0.00 |
| 186.  West Law Group PLLC<br>James West<br>10223 Broadway, Suite P553<br>Pearland, TX 77584 | Unsecured Claim | $0.00 |

in re:  **Bryan L.O. Ardoin**                                                                                        **19-36682**

Debtor                                                                          Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 187.  Woodforest Bank<br>PO Box 24459<br>Houston, TX 77229 | Unsecured Claim | $362.00 |
| 188.  World Finance<br>3926 Avenue H #24<br>Rosenberg, TX 77471 | Unsecured Claim | $0.00 |
| 189.  World Finance<br>2231 Center St  Suite C<br>Deer Park, TX 77536 | Unsecured Claim | $632.00 |
| 190.  World Finance Corporat<br>3226 Nogalitos Ste 102<br>San Antonio, TX 78225<br>xxxxxxxx4001 | Unsecured Claim | $321.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I,  **Bryan L.O. Ardoin**                                                                                                                   ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing     *Numbered Listing of Creditors,*
consisting of ___22___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor:  **/s/ Bryan L.O. Ardoin**                                                        Date: 12/11/2019
            **Bryan L.O. Ardoin**

Spouse:  **/s/ Sherry Denise Scott**                                                    Date: 12/11/2019
            **Sherry Denise Scott**